E-filing

| PROB 22 | DOCKET NUMBER (Tran. Court) |
|---|---|
| **TRANSFER OF JURISDICTION** | 2:03CR00202-08 |
| | DOCKET NUMBER (Rec. Court) |
| | CR07-0 331 CW |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Rachhpal SINGH<br>Newark, California | Eastern District of California | Northern |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Garland E. Burrell, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 08/04/2006 | TO 08/03/2009 |

FILED MAY 25 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

**OFFENSE**   18 USC 371 - Conspiracy to Defraud the United States and to Commit Bribery of Public Official and Visa Fraud

### PART 1 - ORDER TRANSFERRING JURISDICTION

#### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5-9-07
Date

Garland E. Burrell, Jr., United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

#### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY 2 4 2007
Effective Date

United States District Judge

CC:   United States Attorney
      FLU Unit-United States Attorney's Office
      Fiscal Clerk-Clerk's Office

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG