| PROB 22 | **E-filing** | **DOCKET NUMBER** *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 2:03CR00202-08 |
| | | **DOCKET NUMBER** *(Rec. Court)* |
| | | CR07-00331 CW |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | **DISTRICT** | **DIVISION** |
|---|---|---|
| | Eastern District of California | Northern |
| Rachhpal SINGH Newark, California | | |

**FILED**

JUN 0 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

ORIGINAL FILED MAY 25 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

**NAME OF SENTENCING JUDGE**

The Honorable Garland E. Burrell, Jr.

| **DATES OF PROBATION/ SUPERVISED RELEASE:** | **FROM** | **TO** |
|---|---|---|
| | 08/04/2006 | 08/03/2009 |

**OFFENSE**   18 USC 371 - Conspiracy to Defraud the United States and to Commit Bribery of Public Official and Visa Fraud

**FILED**

JUN 1 5 2007

RICHARD W. WIEKING
NORTHERN DISTRICT OF CALIFORNIA

### PART 1 - ORDER TRANSFERRING JURISDICTION

#### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5-9-07
Date

Garland E. Burrell, Jr., United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

#### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY 2 4 2007
Effective Date

United States District Judge

CC:    United States Attorney
FLU Unit-United States Attorney's Office
Fiscal Clerk-Clerk's Office

RECEIVED 2007 MAY 29 PH 4:05 U.S. PROBATION OFFICE NORTHERN DIST. CALIF. OAKLAND

Nicole

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG

1 | McGREGOR W. SCOTT
United States Attorney
2 | BENJAMIN B. WAGNER
S. ROBERT TICE-RASKIN
3 | Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
4 | Sacramento, California 95814
Telephone: (916) 554-2745
5 | NOEL L. HILLMAN
Chief, Public Integrity Section
6 | NOAH D. BOOKBINDER
Trial Attorney, Public Integrity Section
7 | Criminal Division
U.S. Department of Justice
8 | 1400 New York Ave., N.W., Suite 12100
Washington, D.C.  20005
9 | Telephone: (202) 514-1412



FILED

MAY 1 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CR.S- 0 3 - 0 2 0 2 GEB

UNITED STATES OF AMERICA,          )    CR. No.
                                   )
            Plaintiff,             )    VIOLATIONS: 18 U.S.C. § 371 -
                                   )    Conspiracy to Defraud the United
        v.                         )    States and to Commit Bribery of
                                   )    Public Officials and Visa Fraud;
ACEY R. JOHNSON,                   )    18 U.S.C. §§ 1343, 1346 - Honest
LONG N. LEE,                       )    Services Wire Fraud (10 counts);
VINESH PRASAD,                     )    18 U.S.C. §§ 1341, 1346 - Honest
MINESH PRASAD,                     )    Services Mail Fraud; 18 U.S.C.
NARINDERJIT SINGH BHULLAR,         )    § 201(b)(2) - Bribery of Public
PHUONG-HIEN LAM TRINH,             )    Officials; 8 U.S.C. § 1324(a)(1)
RAJWANT S. VIRK,                   )    Encouraging Illegal Entry; 18
RACHPAL SINGH, and                 )    U.S.C. § 1546(a) - Visa Fraud; 31
DAVINDER SINGH BHULLAR,            )    U.S.C. § 5324(a)(3) - Structuring
    aka Shamsher Singh,            )    Transactions (3 counts); 18 U.S.C.
                                   )    § 981(a)(1)(C) & 28 U.S.C. §
            Defendants.            )    2461(c) - Criminal Forfeiture
_____)

1

I N D I C T M E N T

COUNT ONE:    [18 U.S.C. § 371 - Conspiracy to Defraud the United
              States, and to Commit Bribery of Public Officials
              and Visa Fraud]

        The Grand Jury charges:

                    ACEY R. JOHNSON,
                    LONG N. LEE,
                    VINESH PRASAD,
                    MINESH PRASAD,
              NARINDERJIT SINGH BHULLAR,
               PHUONG-HIEN LAM TRINH,
                   RAJWANT S. VIRK,
                  RACHPAL SINGH, and
                DAVINDER SINGH BHULLAR,
                   aka Shamsher Singh,

defendants herein, as follows:

                I.    INTRODUCTION

At all times relevant to this Indictment:

        A.    The Issuance of Non-Immigrant Visas

        1.    The U.S. Department of State was a department and
agency within the executive branch of the Government of the United
States which was responsible, among other things, for the processing
of non-immigrant visa applications and the issuance of non-immigrant
visas to visit the United States.  The U.S. Department of State
maintained embassies and consulates around the world, at which
consular officials employed by the Department of State were
stationed.  These officials were responsible for evaluating non-
immigrant visa applications, applying relevant law, regulations and
guidelines in evaluating the applications, and issuing visas to
qualified applicants.  The Department of State maintained a consular
section at the U.S. Embassy in Colombo, Sri Lanka.

        2.    Generally, a citizen of a foreign country who wishes
to enter the United States must first obtain a visa, either a non-

2

1  immigrant visa for a temporary stay or an immigrant visa for
2  permanent residence.  Pursuant to Title 8, United States Code,
3  Section 1201, consular officials of the U.S. Department of State are
4  authorized to issue non-immigrant visas to qualifying foreign
5  nationals who wish to visit the United States. Such visitors can
6  receive a non-immigrant visa if they desire to enter the United
7  States temporarily for business (a "B-1 visa") or for pleasure or
8  medical treatment (a "B-2 visa").

9       3.   Applicants for non-immigrant visas generally apply at
10 the American Embassy or Consulate with jurisdiction over their place
11 of permanent residence.  Applicants for non-immigrant visas must
12 show that they qualify under provisions of the Immigration and
13 Nationality Act.  Under that Act, applicants for visitor visas must
14 overcome a presumption that they are "intending immigrants" by
15 demonstrating: that the purpose of their trip to the United States
16 is for business, pleasure, or medical treatment, that they plan to
17 remain for a limited period, and that they have binding ties outside
18 the United States which will insure their return abroad at the end
19 of the visit.

20      4.   At the U.S. Embassy in Colombo, Sri Lanka, applicants
21 for non-immigrant visas were required to fill out a Visa Application
22 Form, called a "DS-156", (formerly an "OF-156"), submit a valid
23 passport and a passport photograph, and pay a $100 fee.  The DS-156
24 called for identification information including name, date of birth,
25 nationality, occupation, and home address, and information about the
26 intended visit, including its purpose, arrival date, the planned
27 duration of the visit, a: 1 the address in the United States at which
28 the visitor will be staying.  The form also requested answers to

3

1   other questions about whether the applicant had sought a previous
2   visa, or had sought to immigrate or obtain a job in the United
3   States.   The applicant was required to certify that the form was
4   true and correct.   Applicants were ordinarily instructed to return
5   the following day or shortly thereafter for the purposes of an
6   interview.   During the interview, the consular officer questioned
7   the applicant to determine whether the applicant qualified for
8   issuance of the visa.

9          B.   Defendants

10         5.   Between approximately May 2000 and February 22, 2003,
11  defendant ACEY R. JOHNSON was a Consular Associate at the U.S.
12  Embassy in Colombo, Sri Lanka.   As a Consular Associate, he had
13  primary responsibility for processing applicants for non-immigrant
14  visas to the United States and for issuing such visas.   Prior to
15  being stationed in Sri Lanka, he had been a Consular Associate at
16  the U.S. Embassy in Fiji.   He was married to defendant LONG N. LEE.

17         6.   Defendant LONG N. LEE was a Foreign Service Officer
18  and a career employee of the U.S. State Department.   Between
19  approximately May 2000 and April 29, 2003, she was stationed at the
20  U.S. Embassy in Colombo, Sri Lanka, as the chief administrative
21  officer.   She was previously stationed at the U.S. Embassy in Fiji.
22  She was married to defendant ACEY R. JOHNSON.   Adult members of LONG
23  N. LEE's family lived in Northern Virginia and in Colorado.

24         7.   Defendant VINESH PRASAD was a resident of Sacramento
25  County, California.   He was formerly a resident of Fiji.   In the
26  late 1990s, defendant ACEY R. JOHNSON granted defendant VINESH
27  PRASAD non-immigrant visas to enter the United States.   Defendant
28  VINESH PRASAD is the brother of defendant MINESH PRASAD, and they

                                    4

1   share a residence in the Sacramento area.

2        8.   Defendant MINESH PRASAD was a resident of Sacramento

3   County, California.  He was formerly a resident of Fiji.  He was

4   granted non-immigrant visas to enter the United States by defendant

5   ACEY R. JOHNSON.

6        9.   Defendant NARINDERJIT SINGH BHULLAR ("NARINDER

7   SINGH"), was a resident of Sacramento County, California.  He was

8   the brother of defendant DAVINDER SINGH BHULLAR, aka Shamsher Singh.

9        10.   Defendant PHUONG-HIEN LAM TRINH was a resident of

10  Los Angeles County, California.

11        11.   Defendant RAJWANT S. VIRK was a resident of Fairfax

12  County, Virginia.

13        12.   Defendant RACHHPAL SINGH was a resident of Alameda

14  County, California.

15        13.   Defendant DAVINDER SINGH BHULLAR, aka Shamer Singh

16  ("DAVINDER SINGH"), was formerly a resident of the Sacramento area.

17  He has resided in India between 1999 and the present.

18                    II.   THE CONSPIRACY

19        14.   Beginning no later than July 1, 2000, and continuing

20  through April 29, 2003, in the State and Eastern District of

21  California and elsewhere, defendants ACEY R. JOHNSON, LONG N. LEE,

22  VINESH PRASAD, MINESH PRASAD, NARINDERJIT SINGH BHULLAR, PHUONG-HIEN

23  LAM TRINH, RAJWANT S. VIRK, RACHHPAL SINGH, and DAVINDER SINGH

24  BHULLAR, aka Shamsher Singh, knowingly combined, conspired, and

25  agreed among themselves, and with others both known and unknown to

26  the Grand Jury:

27        a.   to knowingly defraud the United States by

28  impairing, impeding, obstructing and defeating the lawful functions

1  share a residence in the Sacramento area.

2      8.  Defendant MINESH PRASAD was a resident of Sacramento

3  County, California.  He was formerly a resident of Fiji.  He was

4  granted non-immigrant visas to enter the United States by defendant

5  ACEY R. JOHNSON.

6      9.  Defendant NARINDERJIT SINGH BHULLAR ("NARINDER

7  SINGH"), was a resident of Sacramento County, California.  He was

8  the brother of defendant DAVINDER SINGH BHULLAR, aka Shamsher Singh.

9      10.   Defendant PHUONG-HIEN LAM TRINH was a resident of

10 Los Angeles County, California.

11     11.   Defendant RAJWANT S. VIRK was a resident of Fairfax

12 County, Virginia.

13     12.   Defendant RACHHPAL SINGH was a resident of Alameda

14 County, California.

15     13.   Defendant DAVINDER SINGH BHULLAR, aka Shamer Singh

16 ("DAVINDER SINGH"), was formerly a resident of the Sacramento area.

17 He has resided in India between 1999 and the present.

18                    II.   THE CONSPIRACY

19     14.  Beginning no later than July 1, 2000, and continuing

20 through April 29, 2003, in the State and Eastern District of

21 California and elsewhere, defendants ACEY R. JOHNSON, LONG N. LEE,

22 VINESH PRASAD, MINESH PRASAD, NARINDERJIT SINGH BHULLAR, PHUONG-HIEN

23 LAM TRINH, RAJWANT S. VIRK, RACHHPAL SINGH, and DAVINDER SINGH

24 BHULLAR, aka Shamsher Singh, knowingly combined, conspired, and

25 agreed among themselves, and with others both known and unknown to

26 the Grand Jury:

27         a.   to knowingly defraud the United States by

28 impairing, impeding, obstructing and defeating the lawful functions

                              5

1   of the U.S. Department of State in the fair and objective evaluation

2   of non-immigrant visa applications and issuance of non-immigrant

3   visas, by deceit, craft, and trickery;

4           b.    to commit an offense against the United States,

5   specifically, to corruptly give, offer and promise, directly and

6   indirectly, things of value to public officials (namely defendants

7   ACEY R. JOHNSON and LONG N. LEE) with the intent: (i) to influence

8   official acts, and (ii) to induce such public officials to do and

9   omit acts in violation of the lawful duty of such public officials,

10  in violation of Title 18, United States Code, Section 201(b)(1)(A)

11  and (C); and

12          c.   to commit an offense against the United States,

13  specifically, to utter, use, possess, obtain, accept and receive

14  non-immigrant visas to enter the United States, knowing such visas

15  to have been procured by means of false claims and statements, and

16  to have been otherwise procured by fraud and unlawfully obtained, in

17  violation of Title 18, United States Code, Section 1546(a).

18          15.   It was an object of the conspiracy for the defendants

19  to assist others in obtaining visas to enter the United States, by

20  circumventing the Department of State's normal process for objective

21  evaluation of visa applications.  An object of the conspiracy was

22  also for defendants VINESH PRASAD, MINESH PRASAD, NARINDERJIT SINGH

23  BHULLAR, PHUONG-HIEN LAM TRINH, RAJWANT S. VIRK, RACHHPAL SINGH, and

24  DAVINDER SINGH BHULLAR, aka Shamsher Singh, to profit by collecting

25  money from and on behalf of foreign nationals, including residents

26  of Indian and Vietnam, seeking visas for entry into the United

27  States.  It was also an object of the conspiracy for defendants ACEY

28  R. JOHNSON and LONG N. LEE, officials of the U.S. Department of

1  State, to profit by receiving, directly and indirectly, substantial
2  corrupt payments from the other defendants in exchange for their
3  assistance in obtaining visas for these foreign nationals.  It was
4  also an object of the conspiracy for the defendants to conceal the
5  purpose of the conspiracy and the acts committed in furtherance of
6  the conspiracy.

7  III. <u>MANNER AND MEANS OF THE CONSPIRACY</u>

8  In furtherance of the conspiracy, defendants and their
9  coconspirators employed, among others, the following ways and means:

10  16.  Defendants VINESH PRASAD, MINESH PRASAD, NARINDERJIT
11  SINGH BHULLAR, PHUONG-HIEN LAM TRINH, RAJWANT S. VIRK, RACHHPAL
12  SINGH, and DAVINDER SINGH BHULLAR (the "Visa Broker Defendants"),
13  would communicate with foreign nationals, including residents of
14  India and Vietnam, who sought to enter the United States (the
15  "Clients"), or those who were acting on their behalf, such as
16  relatives or friends (the "Sponsors").  The Visa Broker Defendants
17  would obtain personal information concerning the Clients, such as
18  their name, nationality, date of birth, and passport number.

19  17.  The Visa Broker Defendants would forward the Clients'
20  information on to defendants ACEY R. JOHNSON and LONG N. LEE in
21  Colombo, Sri Lanka, and would instruct the Clients to travel to Sri
22  Lanka.

23  18.  Indian nationals who traveled to Sri Lanka from India
24  stayed in hotels in Colombo, Sri Lanka.  While in Sri Lanka, the
25  Indian nationals were either accompanied by, or in contact by
26  telephone with, one or more of the Visa Broker Defendants.

27  19.  Defendant LONG N. LEE, using her official position at
28  the U.S. Embassy in Sri Lanka, contacted Sri Lankan immigration and

1   customs authorities in order to facilitate the entry into Sri Lanka

2   of Vietnamese nationals.  Once in Sri Lanka, Vietnamese nationals

3   stayed at the residence of defendants ACEY R. JOHNSON and LONG N.

4   LEE in Colombo, Sri Lanka.

5           20.  The Visa Broker Defendants spoke with Indian

6   nationals and gave them instructions regarding how to obtain visa

7   application forms, how to complete the forms, and how to answer

8   questions posed to them during visa interviews.

9           21.  Guided by the Visa Broker Defendants and by

10  defendants ACEY R. JOHNSON and LONG N. LEE, the Clients went to the

11  U.S. Embassy in Sri Lanka, where they applied for non-immigrant

12  visas to enter the United States.  Defendant ACEY R. JOHNSON issued

13  visas to them to enter the United States.

14          22.  The Visa Broker Defendants, and others known and

15  unknown to the Grand Jury, collected tens of thousands of dollars on

16  behalf of the Clients from the Clients or their Sponsors.  The funds

17  were collected and deposited into accounts or safety deposit boxes

18  the Visa Broker Defendants controlled, either as personal checks or

19  in the form of cash or cash equivalents such as travelers checks or

20  cashiers checks.

21          23.  The Visa Broker Defendants kept a portion of the

22  money they collected on behalf of the Clients as a fee, and paid

23  another portion to defendants ACEY R. JOHNSON and LONG N. LEE, in

24  exchange for their assistance in issuing visas to their Clients at

25  the U.S. Embassy in Sri Lanka.  Funds were routed to defendants

26  JOHNSON and LEE through defendants VINESH PRASAD, PHUONG-HIEN LAM

27  TRINH, RAJWANT S. VIRK,   nd others.

28          24.  The funds paid by the Visa Broker Defendants to

8

1    defendants ACEY R. JOHNSON and LONG N. LEE were forwarded to them in

2    the form of personal checks, cash or cashiers checks, usually in

3    amounts of less than $10,000.  The checks or cashiers checks were

4    made payable to defendants ACEY R. JOHNSON or LONG N. LEE, or to a

5    bank account which they controlled, or to companies to which

6    defendants ACEY R. JOHNSON or LONG N. LEE had a payment obligation.

7         25.  The Visa Broker Defendants also caused funds to be

8    sent to family members of defendant LONG N. LEE who resided in

9    Virginia and Colorado, and are known to the Grand Jury.  Funds sent

10   to defendant LEE's family members were forwarded to them in the form

11   of personal checks, cash or cashiers checks, and bank-to-bank wire

12   transfers, usually in amounts of less than $10,000.  The family

13   members, in turn, forwarded portions of those funds to defendants

14   ACEY R. JOHNSON and LONG N. LEE.

15        26.  Defendants ACEY R. JOHNSON and LONG N. LEE

16   communicated with the Visa Broker Defendants, and with others

17   involved in the scheme in the United States and Vietnam, by, among

18   other things, telephone and electronic mail ("email").  Defendants

19   ACEY R. JOHNSON and VINESH PRASAD often communicated about the

20   conspiracy in code, using golfing metaphors to refer to their

21   activities and to the Clients.

22                        IV.  OVERT ACTS

23        In furtherance of the conspiracy, and to achieve the

24   objects thereof, the defendants and their coconspirators committed,

25   among others, the following overt acts in the State and Eastern

26   District of California, and elsewhere:

27        27.  On October 24, 2000, in the Eastern District of

28   California, defendant VINESH PRASAD purchased a cashiers check for

                              9

$3,000 payable to a family member of defendant LONG N. LEE at a Wells Fargo Bank in Sacramento, California.

28.   On or about November 13, 2000, in Los Angeles County, California, defendant PHUONG-HIEN LAM TRINH wrote a check for $3,000 to "State Dept. FCU", bearing the account number there for defendants ACEY R. JOHNSON and LONG N. LEE.

29.   On or about February 5, 2001, in Los Angeles County, California, defendant PHUONG-HIEN LAM TRINH wrote a check for $14,000 to "Charles Schwab & Co., Inc.", bearing the account number there for defendants ACEY R. JOHNSON and LONG N. LEE.

30.   On or about March 24, 2001, in the Eastern District of California, defendant VINESH PRASAD purchased a cashiers check for $4,992.58 payable to defendant PHUONG-HIEN LAM TRINH at a Wells Fargo Bank in Sacramento, California.

31.   On or about April 16, 2001, in Los Angeles County, defendant PHUONG-HIEN LAM TRINH wire transferred $25,000 to a bank account in Oregon to assist defendants ACEY R. JOHNSON and LONG N. LEE in the purchase of real property.

32.   On June 1, 2001, in the Eastern District of California, defendant VINESH PRASAD purchased a cashiers check for $4,000 payable to defendant LONG N. LEE at a Wells Fargo Bank in Sacramento, California.

33.   On or about July 5, 2001, in the State of Virginia, defendant RAJWANT S. VIRK deposited into a bank account he controlled a check in the amount of $8,000, from persons with an address of 2 Seneca Court, Port Jefferson, New York 11776.

34.   On or about August 21, 2001, in Sri Lanka, defendant ACEY R. JOHNSON issued a non-immigrant visa at the U.S. Embassy to

10

1  an Indian national with the initials T.S.R., who reported on his DS-

2  156 visa application form that his intended destination in the

3  United States was 2 Seneca Court, Port Jefferson, New York 11776.

4          35.  On or about September 4, 2001, in the State of

5  Virginia, defendant RAJWANT S. VIRK wire transferred $3,000 to a

6  bank account in Colorado in the name of a family member of defendant

7  LONG N. LEE.

8          36.  On or about September 7, 2001, in Sri Lanka,

9  defendant ACEY R. JOHNSON issued a non-immigrant visa at the U.S.

10 Embassy to a Vietnamese national with the initials T.V.L., who

11 reported on his DS-156 visa application form that his intended

12 destination in the United States was 18821 Roselle Avenue, Torrance,

13 California.

14          37.  On or about February 8, 2002, in Los Angeles County,

15 California, defendant PHUONG-HIEN LAM TRINH wire transferred $12,000

16 to a bank account in Oregon to assist defendants ACEY R. JOHNSON and

17 LONG N. LEE in the refinancing of real property.

18          38.  On or about August 7, 2002, in Sri Lanka, defendant

19 ACEY R. JOHNSON issued a non-immigrant visa at the U.S. Embassy to a

20 Vietnamese national with the initials T.T.M.T., who reported on her

21 DS-156 visa application form that her U.S. destination was 13324

22 Burrough Farm Drive, Herndon, Virginia.

23          39.  On or about August 30, 2002, in Los Angeles County,

24 California, defendant PHUONG-HIEN LAM TRINH deposited a check for

25 $5,000 into an account she controlled, which check was issued by the

26 persons residing at 13324 Burrough Farm Drive, Herndon, Virginia.

27          40.  On or about October 23, 2002, in Sri Lanka, defendant

28 ACEY R. JOHNSON issued a non-immigrant visa at the U.S. Embassy to

11

1    an Indian national with the initials P.S., who reported on his DS-
2    156 visa application form that his intended destination in the
3    United States was 107-07 101st Avenue, Ozone Park, New York.

4         41.  On or about November 8, 2002, in the Eastern District
5    of California, defendant NARINDERJIT SINGH BHULLAR deposited two
6    checks into an account he controlled, totaling $7,300, and written
7    by persons with an address of 106-07 101st Avenue, Ozone Park, New
8    York.

9         42.  On or about November 12, 2002, in the Eastern
10   District of California, defendant VINESH PRASAD sent a cashiers
11   check for $8,000 by federal express to defendant LONG N. LEE in
12   Fairfax, Virginia.

13        43.  On or about November 19, 2002, in Sri Lanka,
14   defendant ACEY R. JOHNSON sent an email to defendant VINESH PRASAD
15   in Sacramento, California, discussing the apprehension and
16   questioning of an Indian national with the initials A.S.

17        44.  On or about January 23, 2003, in the Eastern District
18   of California, defendant VINESH PRASAD, in Sacramento, California,
19   spoke by telephone with "Harbans Singh", the cover name of an
20   undercover operative in Colombo, Sri Lanka, and explained how to
21   fill out a visa application form.

22        45.  On or about January 24, 2003, in Sri Lanka, defendant
23   ACEY R. JOHNSON issued a non-immigrant visa at the U.S. Embassy to
24   "Harbans Singh", the undercover operative.

25        46.  On or about January 24, 2003, in the Eastern District
26   of California, defendants MINESH PRASAD and VINESH PRASAD received
27   $25,000 ir undercover funds from a cooperating witness as payment
28   for obtaining a visa for "Harbans Singh", the undercover operative.

12

1      47.  On or about January 27, 2003, in the Eastern District

2  of Virginia, defendant RACHHPAL SINGH contacted a cooperating

3  witness by telephone and asked him to connect defendant RACHHPAL

4  SINGH to a fax line so that he could fax copies of two Indian

5  passports.

6      48.  On or about February 20, 2003, in Sri Lanka,

7  defendant ACEY R. JOHNSON issued a non-immigrant visa at the U.S.

8  Embassy to defendant DAVINDER SINGH BHULLAR, while BHULLAR was using

9  the name "Shamsher Singh."

10      49.  On or about February 28, 2003, in Los Angeles County,

11  California, defendant LONG N. LEE met defendant PHUONG-HIEN LAM

12  TRINH at the Los Angeles International Airport.

13      50.  On or about March 2, 2003, in the Eastern District of

14  California, defendant VINESH PRASAD spoke with defendant NARINDERJIT

15  SINGH BHULLAR by telephone and discussed the payment of outstanding

16  debts associated with the scheme.

17      51.  On or about March 7, 2003, defendant ACEY R. JOHNSON

18  met with defendant VINESH PRASAD in Sacramento, California and

19  traveled together with defendant VINESH PRASAD by car to the

20  vicinity of defendant PHUONG-HIEN LAM TRINH's residence in Los

21  Angeles County, California.

22      All in violation of Title 18, United States Code, Section

23  371.

24  ///

25  ///

26  ///

27  ///

28  ///

1  COUNTS TWO THROUGH ELEVEN:   [18 U.S.C. §§ 1343, 1346, and 2 -
                                Honest Services Wire Fraud, and
2                               Aiding and Abetting]

3          The Grand Jury further charges: T H A T

4                       ACEY R. JOHNSON,
                          LONG N. LEE,
5                        VINESH PRASAD,
                          MINESH PRASAD,
6           NARINDERJIT SINGH BHULLAR, and
                    DAVINDER SINGH BHULLAR,
7
   defendants herein, as follows:
8
                       I.  INTRODUCTION
9
          At all times relevant to this Indictment:
10
          1.   Paragraphs 1 through 9 and paragraph 13 of Count One
11
   of this Indictment are re-alleged and incorporated herein as if
12
   fully set forth.
13
          2.   Defendants ACEY R. JOHNSON, LONG N. LEE, and VINESH
14
   PRASAD, among others, communicated by email, using interstate wire
15
   communications.
16
                    II.  THE WIRE FRAUD SCHEME
17
                         A.  The Scheme
18
          3.   Beginning at a date unknown to the Grand Jury but not
19
   later than on or about July 1, 2000, and continuing until on or
20
   about April 29, 2003, in the Eastern District of California and
21
   elsewhere, defendants ACEY R. JOHNSON, LONG N. LEE, VINESH PRASAD,
22
   MINESH PRASAD, NARINDERJIT SINGH BHULLAR, DAVINDER SINGH BHULLAR,
23
   and others known and unknown to the Grand Jury, did knowingly devise
24
   and intend to devise a scheme and artifice to defraud the U.S.
25
   Department of State and the United States, and to deprive the U.S.
26
   Department of State and the United States of their right to the
27
   honest services of defendants ACEY R. JOHNSON and LONG N. LEE,
28

                                14

1  performed impartially and free from bribery, deceit, fraud, bias,
2  dishonesty, and self-enrichment.

3          4.    Paragraphs 16 through 26 of Count One of this
4  Indictment are re-alleged and incorporated herein as if fully set
5  forth.

6          5.    Pursuant to the scheme to defraud, defendants VINESH
7  PRASAD, MINESH PRASAD, NARINDERJIT SINGH BHULLAR, DAVINDER SINGH
8  BHULLAR, and others known and unknown to the Grand Jury, collected
9  money on behalf of foreign nationals seeking entry into the United
10 States, kept a percentage for themselves, and surreptitiously paid
11 defendants ACEY R. JOHNSON and LONG N. LEE, employees of the U.S.
12 Department of State, either directly or indirectly, to take official
13 action by issuing non-immigrant visas to such foreign nationals.

14         6.    In the course of the scheme to defraud, the defendants
15 caused, and foresaw the use of, interstate wire communications in
16 furtherance of the scheme.

17                   B.  The Duty of Honest Services

18         7.    Employees of the U.S. Department of State owed a duty
19 of honest services to the Department of State and to the United
20 States.  This duty of honest services included an obligation to
21 perform their jobs impartially and free from bribery, deceit, fraud,
22 bias, dishonesty, and self-enrichment.  Various federal statues,
23 regulations, and Department of State guidelines informed employees
24 of the U.S. Department of State of their duty of honest services,
25 including the statutes, regulations and guidelines summarized below.

26         8.    At all times relevant to this Indictment, the
27 following laws, regulations and guidelines were in effec .

28                   a.  It was a violation of federal law, specifically

                                  15

Section 201(b)(2) of Title 18 of the United States Code, for a public official, such as an employee of the U.S. Department of State, to corruptly demand, seek, receive, accept or agree to receive or accept anything of value, directly or indirectly, personally or for any other person, in return for (i) being influenced in the performance of any official act, (ii) being influenced to commit or aid in the committing, or to collude in or allow, any fraud on the United States, or (iii) being induced to do or omit to do any act in violation of the official duty of such official;

b.    It was a violation of federal law, specifically Section 208(a) and 216(b) of Title 18 of the United States Code, for an employee of the executive branch of the United States Government, including an employee of the U.S. Department of State, to willfully participate, personally and substantially, as a Government officer or employee in a decision, approval, or other matter in which, to his knowledge, he or his spouse has a financial interest;

c.    It was a violation of federal law, specifically Section 7353 of Title 5 of the United States Code, for an employee of the executive branch of the United States Government, including an employee of the U.S. Department of State, to solicit or accept anything of value from a person seeking official action from the individual's employing agency, or a person whose interests may be substantially affected by the performance or nonperformance of the individual's official duties;

d.    It was a violation of federal law, specifically 5 Code of Federal Regulations § 2635.101, et seq., for an employee of the executive branch of the United States Government, including an

16

1  employee of the U.S. Department of State, to accept a gift from any

2  person seeking official action from the employee's agency, to

3  participate in a decision, approval, or other matter in which, to

4  his knowledge, he or his spouse has a financial interest, or to use

5  his public office, including government property, for private gain.

6          e.  It was a violation of the rules and regulations

7  of the U.S. Department of State, specifically 3 Foreign Affairs

8  Manual § 4123.2-1, for an employee of the U.S. Department of State

9  stationed abroad, to transact or be interested in any business, or

10  engage for profit in any profession or employment in the country to

11  which the employee is assigned.

12          III. <u>WIRE COMMUNICATIONS IN FURTHERANCE OF THE SCHEME</u>

13          9.  On or about the dates listed below, within the Eastern

14  District of California, defendants ACEY R. JOHNSON, LONG N. LEE,

15  VINESH PRASAD, MINESH PRASAD, NARINDERJIT SINGH BHULLAR, and

16  DAVINDER SINGH BHULLAR, having devised the above-described scheme to

17  defraud, and for the purpose of executing and attempting to execute

18  said scheme, knowingly caused the interstate wire communications

19  listed below:

| Count | Date | Wire Communication | Defendants |
|---|---|---|---|
| 2 | 11/10/02 | Email between Long Lee in Virginia and Vinesh Prasad in Eastern District of California, re: delivery of mail | Acey R. Johnson Long N. Lee Vinesh Prasad Minesh Prasad |
| 3 | 11/11/02 | Email between Vinesh Prasad in Eastern District of California and Long Lee in Virginia, re: delivery of mail | Acey R. Johnson Long N. Lee Vinesh Prasad Minesh Prasad |
| 4 | ⁻1/19/02 | Email between Acey Johnson in Sri Lanka and Vinesh Prasad in Eastern District | Acey R. Johnson Long N. Lee Vinesh Prasad |

17

| | | | | |
|---|---|---|---|---|
| | | | of California, re: problems getting players out of Sri Lanka "with a valid tour card" | Minesh Prasad |
| 5 | 1/22/03 | Telephone call between Vinesh Prasad in Eastern District of California and "Harbans Singh" in Sri Lanka, re: visa form | Acey R. Johnson Long N. Lee Vinesh Prasad Minesh Prasad |
| 6 | 1/26/03 | Email between Acey Johnson in Sri Lanka and Vinesh Prasad in Eastern District of California, re: new rules and a safe deposit box for greens fees | Acey R. Johnson Long N. Lee Vinesh Prasad Minesh Prasad |
| 7 | 2/4/03 | Email between Acey Johnson in Sri Lanka and Vinesh Prasad in Eastern District of California, re: "2 players who checked in today" | Acey R. Johnson Long N. Lee Vinesh Prasad Minesh Prasad |
| 8 | 2/10/03 | Email between Acey Johnson in Sri Lanka and Vinesh Prasad in Eastern District of California, re: Bunty Singh | Acey R. Johnson Long N. Lee Vinesh Prasad Minesh Prasad |
| 9 | 2/13/03 | Telephone call between Vinesh Prasad in Eastern District of California and Long Lee in Sri Lanka re: upcoming applicants | Acey R. Johnson Long N. Lee Vinesh Prasad Minesh Prasad |
| 10 | 2/13/03 | Fax from Narinderjit Singh Bhullar in Eastern District of California, to U.S. Embassy in Sri Lanka re: Sukraj Singh | Acey R. Johnson Long N. Lee Vinesh Prasad Minesh Prasad Narinder Singh |
| 11 | 2/20/03 | Fax from Davinder Singh Bhullar in Sri Lanka to Vinesh Prasad in Eastern District of California, re: list of refused applicants | Acey R. Johnson Long N. Lee Vinesh Prasad Minesh Prasad Davinder Singh |

All in violation of Title 18, United States Code, Sections 1343, 1346, and 2.

///

///

18

1  COUNT TWELVE:   [18 U.S.C. §§ 1341, 1346, and 2 - Honest Services
2                  Mail Fraud, and Aiding and Abetting]

       The Grand Jury further charges: T H A T

3
4                        ACEY R. JOHNSON,
                         LONG N. LEE,
5                    VINESH PRASAD, and
                         MINESH PRASAD,

6  defendants herein, as follows:

7                        I.  INTRODUCTION

8        At all times relevant to this Indictment:

9        1.  Paragraphs 1 through 8 of Count One of this Indictment
10 are re-alleged and incorporated herein as if fully set forth.

11                 II.  THE MAIL FRAUD SCHEME

12                      A.  The Scheme

13       2.   Beginning at a date unknown to the Grand Jury but not
14 later than on or about July 1, 2000, and continuing until on or
15 about April 29, 2003, in the Eastern District of California and
16 elsewhere, defendants ACEY R. JOHNSON, LONG N. LEE, VINESH PRASAD,
17 and MINESH PRASAD, and others known and unknown to the Grand Jury,
18 did knowingly devise and intend to devise a scheme and artifice to
19 defraud the U.S. Department of State and the United States, and to
20 deprive the U.S. Department of State and the United States of their
21 right to the honest services of defendants ACEY R. JOHNSON and LONG
22 N. LEE, performed impartially and free from bribery, deceit, fraud,
23 bias, dishonesty, and self-enrichment.

24       3.  Paragraphs 16 through 26 of Count One of this
25 Indictment are re-alleged and incorporated herein as if fully set
26 forth.

27       4.  Pursuant to the scheme to d fraud, defendants VINESH
28 PRASAD and MINESH PRASAD, and others known and unknown to the Grand

                              19

1  Jury, collected money on behalf of foreign nationals seeking entry
2  into the United States, kept a percentage for themselves, and
3  surreptitiously paid defendants ACEY R. JOHNSON and LONG N. LEE,
4  employees of the U.S. Department of State, either directly or
5  indirectly, to take official action by issuing non-immigrant visas
6  to such foreign nationals.

7        5.   Defendants ACEY R. JOHNSON, LONG N. LEE, VINESH
8  PRASAD, and MINESH PRASAD, among others, used private and commercial
9  interstate carriers to communicate and deliver items in furtherance
10 of the scheme.

11                    B.  <u>The Duty of Honest Services</u>

12        6.   Paragraphs 7 and 8 of Counts Two through Eleven of
13 this Indictment are re-alleged and incorporated herein as if fully
14 set forth.

15           III. <u>MAILING IN FURTHERANCE OF THE SCHEME</u>

16        7.   On or about November 12, 2002, defendants ACEY R.
17 JOHNSON, LONG N. LEE, VINESH PRASAD, and MINESH PRASAD, having
18 devised the above-described scheme to defraud, and for the purpose
19 of executing and attempting to execute said scheme, knowingly caused
20 a package to be delivered by private and commercial interstate
21 carrier, specifically Federal Express, from defendants VINESH PRASAD
22 and MINESH PRASAD in the Eastern District of California, to
23 defendant LONG N. LEE in the State of Virginia, containing a
24 cashiers check for $8,000, payable to defendant ACEY R. JOHNSON, all
25 in violation of Title 18, United States Code, Sections 1341, 1346,
26 and 2.
27 ///
28 ///

COUNT THIRTEEN:    [18 U.S.C. §§ 201(b)(2) and 2 - Public Officials
                   Accepting Bribes, and Aiding and Abetting]

              The Grand Jury further charges: T H A T

                        ACEY R. JOHNSON,
                         LONG N. LEE,
                       VINESH PRASAD, and
                         MINESH PRASAD,

defendants herein, as follows:

        1.   Paragraphs 1 through 8 and paragraphs 16 through 26 of

Count One of this Indictment are re-alleged and incorporated herein

as if fully set forth.

        2.   From on or about July 1, 2000, through on or about

April 29, 2003, in the Eastern District of California and elsewhere,

defendants ACEY R. JOHNSON and LONG N. LEE, public officials,

directly and indirectly did corruptly seek, receive, accept and

agree to receive and accept things of value, that is money in the

form of cashiers checks in various amounts totaling at least

$150,000 from defendants VINESH PRASAD and MINESH PRASAD, in return

for, and with the intent of being influenced in the performance of,

official acts, that is, the issuance of non-immigrant visas to

persons designated by defendants VINESH PRASAD and MINESH PRASAD,

all in violation of Title 18, United States Code, Sections

201(b)(2), and 2.

COUNT FOURTEEN:    [18 U.S.C. §§ 1546(a) and 2 - False Statement in
                   Visa Application, and Aiding and Abetting]

              The Grand Jury further charges:

                     DAVINDER SINGH BHULLAR,
                       aka Shamsher Singh,
                         VINESH PRASAD,
                       MINESH PRASAD, and
                     NARINDERJIT SINGH BHULLAR,

defendants herein, as follows:

21

1      1.    DAVINDER SINGH BHULLAR, defendant herein, whose last

2  known residence was in the Eastern District of California, on or

3  about February 20, 2003, in the country of Sri Lanka, when applying

4  for a non-immigrant visa for entry into the United States,

5  personated another, evaded and attempted to evade the immigration

6  laws of the United States by appearing under an assumed and

7  fictitious name, without disclosing his true identity, to wit,

8  "Shamsher Singh", and using a date of birth of May 7, 1965.

9      2.    The Grand Jury further charges that VINESH PRASAD,

10  MINESH PRASAD, and NARINDERJIT SINGH BHULLAR, defendants herein, on

11  or about February 20, 2003, in the Eastern District of California,

12  aided and abetted defendant DAVINDER SINGH BHULLAR, in the

13  commission of the felony offense described above.

14      All in violation of Title 18, United States Code, Sections

15  3238, 1546(a) and 2.

16  COUNT FIFTEEN:    [8 U.S.C. §§ 1324(a)(1)(A)(iv) and 2 - Encouraging

17                     Illegal Entry and Aiding and Abetting]

         The Grand Jury further charges: T H A T

18
                       VINESH PRASAD,
19
   defendant herein, on or about January 23, 2003, in the Eastern

20
   District of California and elsewhere, for the purpose of commercial

21
   advantage and private financial gain, did encourage an alien, namely

22
   a person he knew as "Harbans Singh", to come to and enter the United

23
   States, knowing that such coming to and entry into the United States

24
   by the said person would be in violation of law, in violation of

25
   Title 8, United States Code, Section 1324(a)(1)(A)(iv) and

26
   (a)(2)(B)(ii).

27
   ///

28

                                  22

1  COUNTS SIXTEEN AND SEVENTEEN: [31 U.S.C. § 5324(a)(3) & 5322(a) -
                                  Structuring Transactions]
2
3          The Grand Jury further charges:  T H A T
4                     VINESH PRASAD,
5  defendant herein, on or about the dates set forth below, in the
6  County of Sacramento, State and Eastern District of California and
7  elsewhere, for the purpose of evading the reporting requirements of
8  Title 31, United States Code, Section 5313(a), and the regulations
9  promulgated thereunder, did knowingly and willfully structure and
10 assist in structuring the transactions described below with Wells
11 Fargo Bank, a domestic financial institution:

| Count | Date | Description of Transaction |
|---|---|---|
| 16 | September 30, 2002 | Purchase of two cashiers checks, one payable to Long Lee for $7,000, and one payable to State Department Fedl Credit Union, and bearing the account number there for Acey R. Johnson and Long N. Lee's account, for $8,000. |
| 17 | October 2, 2002 | Purchase of three cashiers checks, for $5,000 each, payable to Long Lee, Acey R. Johnson, and to Charles Schwab & Co. and bearing the account number there for Acey R. Johnson and Long N. Lee's account. |

All in violation of Title 31, United States Code, Sections
5324(a)(3) and 5322(a), and Title 31, Code of Federal Regulations,
Section 103.11.

COUNT EIGHTEEN: [31 U.S.C. § 5324(a)(3) & 5322(a) - Structuring
                Transaction]

       The Grand Jury further charges:  T H A T
                 NARINDERJIT SINGH BHULLAR,
defendant herein, on or about September 26, 2002, in the County of
Sacramento, State and East_rn District of California and elsewhere,
for the purpose of evading the reporting requirements of Title 31,

1  United States Code, Section 5313(a), and the regulations promulgated

2  thereunder, did knowingly and willfully structure and assist in

3  structuring a transaction with Bank of America, a domestic financial

4  institution, to wit, he purchased two cashiers checks, one payable

5  to defendant Vinesh Prasad in the amount of $9,280, and a second

6  payable to himself in the amount of $9,000, and later that same day

7  went together with defendant Vinesh Prasad to a separate branch of

8  the Bank of America in Sacramento and cashed both checks, all in

9  violation of Title 31, United States Code, Sections 5324(a)(3) and

10  5322(a), and Title 31, Code of Federal Regulations, Section 103.11.

11  FORFEITURE ALLEGATION:    [18 U.S.C. § 981(a)(1)(C), incorporated
                              through 28 U.S.C. § 2461(c) - Criminal
12                            Forfeiture]

13         The Grand Jury further charges:  T H A T

14         1.  The allegations of Counts One through Fifteen of this

15  Indictment are realleged and fully incorporated herein by reference.

16         2.  As a result of the offenses alleged in Counts One

17  through Fifteen of this Indictment, and pursuant to the provisions

18  of Title 28, United States Code, Section 2461(c) (incorporating,

19  inter alia, 18 U.S.C. § 981(a)(1)(C)):

20         (a) Defendants ACEY R. JOHNSON and LONG N. LEE have an

21  interest in, and shall forfeit to the United States any property,

22  real or personal, which constitutes or is derived from proceeds

23  traceable to any offense constituting 'specified unlawful activity'

24  (as defined in Section 1956(c)(7) of this Title), or a conspiracy to

25  commit such offense pursuant to Title 18, United States Code,

26  Section 981(a)(1)(C).  The property subject to forfeiture as a

27  result of the aforementioned offenses includes, but is not limited

28  to, the following:

                              24

(1)   Real property located in Curry County, Oregon, at 263 Coast Guard Hill Rd., Port Orford, Oregon 97465, described as lots 7 and 8, King Subdivision, Port Orford, County of Curry, assessor's parcel number 33015005CC Tax Lot 200;

(2)   Real property located in Park County, Colorado, at 35 Mockingbird Trail, Bailey, Colorado 80421, described as lot 23, Burland Ranch-ettes, Sleepy Hollow Unit 11, County of Park, assessor's parcel number T07R72S23SW4;

(3)   Approximately $70,000 in U.S. currency seized on April 29, 2003 at 263 Coast Guard Hill Road, Port Orford, Oregon;

(4)   All funds held in State Department Federal Credit Union accounts numbered 101022-00 and 101022-01, in the name of Acey R. Johnson and Long N. Lee, Virginia, and seized on or about April 29, 2003;

(5)   All funds held in Charles Schwab & Co. account number 5463-2874, in the name of Acey R. Johnson and Long N. Lee, in California, and seized on or about April 29, 2003;

(6)   All funds held in Klamath First Federal Bank account number 2370045243, held in the names of Acey R. Johnson, Long N. Lee, and another person, and account number 2370046423, held in the names of Long Lee dba Lemon Grass Restaurant and another person, in Oregon, and seized on or about April 29, 2003;

(7)   All funds held in United Bank account number 04293-2426, in the name of Acey R. Johnson, in Virginia, and seized on or about April 29, 2003;

(8)   All funds held in Washington Mutual Bank account number 38700000278683, in the name of Tyura International, Inc., in Washington, and seized on or about April 29, 2003.

(b) Defendants VINESH PRASAD and MINESH PRASAD have an interest in and shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to any offense constituting 'specified unlawful activity' (as defined in Section 1956(c)(7) of this Title), or a conspiracy to commit such offense pursuant to Title 18, United States Code,

25

1  Section 981(a)(1)(C). The property subject to forfeiture as a

2  result of the aforementioned offenses includes, but is not limited

3  to approximately $92,000 in U.S. currency seized on or about April

4  29, 2003 from Wells Fargo Bank safety deposit boxes numbered #W355-

5  4316 and #W355-5427, in the name of Vinesh Prasad, located in

6  Sacramento, California, and approximately $1,800 in U.S. currency

7  seized on or about April 29, 2003, at 5430 Village Wood Way,

8  Sacramento, California;

9          (c) Defendant PHUONG-HIEN LAM TRINH has an interest in and

10  shall forfeit to the United States any property, real or personal,

11  which constitutes or is derived from proceeds traceable to any

12  offense constituting 'specified unlawful activity' (as defined in

13  Section 1956(c)(7) of this Title), or a conspiracy to commit such

14  offense pursuant to Title 18, United States Code, Section

15  981(a)(1)(C). The property subject to forfeiture as a result of the

16  aforementioned offenses includes, but is not limited to:

17          (1)  All funds held in Wells Fargo Bank accounts
             numbered 74304-17019 and 6607441334, in the name
18          of Phuong-Hien Lam Trinh and another person, in
             California, and seized on or about April 29,
19          2003; and

20          (2)  All funds held in NuVision Financial Credit
             Union account number 586260808, in the name of
21          Phuong-Hien Lam Trinh and another person, in
             California, and seized on or about April 29,
22          2003.

23  All in violation of Title 18, United States Code, Sections 371,

24  201(b), 1341, 1343, 1346, 1546(a), Title 8, United States Code,

25  Section 1324(a), and Title 18, United States Code, Section 981.

26          (d) Defendants RACHHPAL SINGH has an interest in and shall

27  forfeit to the United States any property, real or personal, which

28  constitutes or is derived from proceeds traceable to any offense

26

constituting 'specified unlawful activity' (as defined in Section

1956(c)(7) of this Title), or a conspiracy to commit such offense

pursuant to Title 18, United States Code, Section 981(a)(1)(C).   The

property subject to forfeiture as a result of the aforementioned

offenses includes, but is not limited to approximately $11,700 in

U.S. currency seized on or about April 29, 2003, at 34655 Skylark

Drive, apartment #735, Union City, California;

          3.   If any of the property described above as being

subject to forfeiture, as a result of any act or omission of

defendants ACEY R. JOHNSON, LONG N. LEE, VINESH PRASAD, MINESH

PRASAD, or PHUONG-HIEN LAM TRINH -

          (a)   cannot be located upon the exercise of due
                diligence;

          (b)   has been transferred or sold, or deposited with,
                a third person;

          (c)   has been placed beyond the jurisdiction of the
                Court;

          (d)   has substantially diminished in value; or

          (e)   has been commingled with other property which
                cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United

States Code, Section 982(b)(1), incorporating Title 21, United

States Code, Section 853(p), to seek forfeiture of any other

property of defendants up to the value of the above forfeitable

property.

                                   A TRUE BILL.



_____       _____
                                              FOREPERSON

McGREGOR W. SCOTT
United States Attorney

27

AO 245B-CAED (Rev. 3/04)  Sheet 1 - Judgment in a Criminal Case

**FILED**

# United States District Court

## Eastern District of California

FEB 8 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
~~DEPUTY CLERK~~

UNITED STATES OF AMERICA

v.

**RACHHPAL SINGH**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **2:03CR00202-08**

Robert Beles, 1 Kaiser Plaza, Suite 1750,
Oakland, CA 94612
Defendant's Attorney

**FILED**

MAR 2 5 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

## THE DEFENDANT:

[✔]  pleaded guilty to count(s): <u>1 of the Indictment</u> .
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 371 | Conspiracy to Defraud the United States and to Commit Bribery of Public Official and Visa Fraud | 4/29/03 | 1 |

The defendant is sentenced as provided in pages 2 through <u>6</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ]  Count(s) ___ (is)(are) dismissed on the motion of the United States.

[ ]  Indictment is to be dismissed by District Court on motion of the United States.

[ ]  Appeal rights given.          [✔]  Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 21, 2005
Date of Imposition of Judgment

Signature of Judicial Officer

**GARLAND E. BURRELL, JR., United States District Judge**
Name & Title of Judicial Officer

2-8-05
Date

I hereby certify ... a ... and correct copy of ...
the original on file in my office
ATTEST: JACK L. WAGNER
Clerk, U.S. District Court
Eastern District of California
By _____
Deputy Clerk
Dated 2-8-05

AO 245B-CAED (Rev. 3/04)  Sheet 2 - Imprisonment

CASE NUMBER:      2:03CR00202-08                                    Judgment - Page 2  of  6
DEFENDANT:        RACHHPAL SINGH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 20 Months .

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[ ]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___ .
       [ ] as notified by the United States Marshal.

[✔]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [✔] before 2:00 p.m.  on 2/25/2005 .
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.
       If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on  2/25/2005  to  USP Atwater

at  Atwater, CA  , with a certified copy of this judgment.

Paul M. Schultz, Warden

Melissa A. Rojas, Legal Instruments Examiner

AO 245B-CAED (Rev. 3/04) Sheet 3 - Supervised Release

| | | Judgment - Page 3 of 6 |
|---|---|---|
| CASE NUMBER: | 2:03CR00202-08 | |
| DEFENDANT: | RACHHPAL SINGH | |

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 Months .

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[✔]   The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[✔]   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[]   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[]   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[]   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B-CAED (Rev. 3/04)  Sheet 3 - Supervised Release

CASE NUMBER:       2:03CR00202-08                                    Judgment - Page 4 of 6
DEFENDANT:         RACHHPAL SINGH

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. The defendant shall not dispose of or otherwise dissipate any of his assets until the fine and/or restitution order by this judgment is paid in full, unless the defendant obtains approval of the court.

3. The defendant shall provide the probation officer with access to any requested financial information.

4. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

AO 245B-CAED (Rev. 3/04) Sheet 5 - Criminal Monetary Penalties

CASE NUMBER:      2:03CR00202-08                                    Judgment - Page 5 of 6
DEFENDANT:        RACHHPAL SINGH

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 100 | $ 10,900 | $ |

[ ]  The determination of restitution is deferred until __ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ]  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| TOTALS: | $ __ | $__ | |

[ ]  Restitution amount ordered pursuant to plea agreement $ __

[ ]  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ] The interest requirement is waived for the    [ ] fine    [ ] restitution

    [ ] The interest requirement for the    [ ] fine  [ ] restitution is modified as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B-CAED (Rev. 3/04)  Sheet 6 - Schedule of Payments

CASE NUMBER:      2:03CR00202-08                                    Judgment - Page 6 of 6
DEFENDANT:        RACHHPAL SINGH

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A   [ ]  Lump sum payment of $ __ due immediately, balance due

        [ ]       not later than __ , or
        [ ]       in accordance with       [ ] C,    [ ] D,    [ ] E, or       [ ] F below; or

B   [✔]          Payment to begin immediately (may be combined with       [ ] C,    [ ] D, or [ ] F below); or

C   [ ]  Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years),
        to commence __ (e.g., 30 or 60 days) after the date of this judgment; or

D   [ ]  Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years),
        to commence __ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   [ ]  Payment during the term of supervised release will commence within ___ (e.g., 30 or 60 days) after release from
        imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time;
        or                                                                    *for payment of the fine*

F   [✔]          Special instructions regarding the payment of criminal monetary penalties: The funds are in the custody of the
                 U.S. Marshal.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary
penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau
of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]   Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several
Amount, and corresponding payee, if appropriate:

[ ]   The defendant shall pay the cost of prosecution.

[ ]   The defendant shall pay the following court cost(s):

[ ]   The defendant shall forfeit the defendant's interest in the following property to the United States:

PROB22_OUT

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
### CRIMINAL DOCKET FOR CASE #: 2:03-cr-00202-GEB All Defendants
### Internal Use Only

Case title: USA v. Lee, et al                Date Filed: 05/01/2003
Magistrate judge case numbers: 2:03-mj-00084
                               2:03-mj-00095

Assigned to: Judge Garland E. Burrell,
Jr

**Defendant**

**Acey R Johnson (1)**
*TERMINATED: 10/22/2004*

represented by **Bruce Locke**
Moss & Locke
555 University Avenue
Suite 170
Sacramento, CA 95825
(916) 569-0663
Fax: (916) 569-0665
Email: blocke@mosslocke.com
*TERMINATED: 10/22/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES (1ss) | imprisonment 60 months Count 1; 63 months Count 2; 63 months Count 13 concurrent; S/A $300; fine $12,500; TSR 36 months per count concurrent; appeal waived |
| 18:1343.F HONEST SERVICES WIRE FRAUD (2ss) | imprisonment 60 months Count 1; 63 months Count 2; 63 months Count 13 concurrent; S/A $300; fine $12,500; TSR 36 months per count concurrent; appeal waived |
| 18:201A.F PUBLIC OFFICIALS ACCEPTING BRIBES (13ss) | imprisonment 60 months Count 1; 63 months Count 2; 63 months Count 13 concurrent; S/A $300; fine $12,500; TSR 36 months per count concurrent; appeal waived |

I herby certify that the annexed
instrument is a true and correct copy of
the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By _____  Deputy Clerk
Dated: 6/14/07

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | dismissed |
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES (1s) | dismissed |
| 18:1343.F HONEST SERVICES WIRE FRAUD, AND AIDING AND ABETTING (2-11) | dismissed |
| 18:1343.F HONEST SERVICES WIRE FRAUD AND AIDING AND ABETTING (2s-11s) | dismissed |
| 18:1343.F HONEST SERVICES WIRE FRAUD (3ss-11ss) | dismissed |
| 18:1341.F HONEST SERVICES MAIL FRAUD, AND AIDING AND ABETTING (12) | dismissed |
| 18:1341.F HONEST SERVICES MAIL FRAUD AND AIDING AND ABETTING (12s) | dismissed |
| 18:1341.F HONEST SERVICES MAIL FRAUD (12ss) | dismissed |
| 18:201A.F PUBLIC OFFICIALS ACCEPTING BRIBES, AND AIDING AND ABETTING (13) | dismissed |
| 18:201A.F PUBLIC OFFICIALS ACCEPTING BRIBES AND AIDING AND ABETTING (13s) | dismissed |

## Highest Offense Level (Terminated)

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Garland E. Burrell, Jr

**Defendant**

**Long N Lee** (2)
*TERMINATED: 10/22/2004*

represented by    **Dwight M Samuel**
Law Offices of Dwight M Samuel
117 J Street
Suite 202
Sacramento, CA 95814
916-447-1193
Email: dmsamuel@oldsaclaw.com
*TERMINATED: 07/28/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Malcom S Segal**
Segal & Kirby
770 L Street
Sacramento, CA 95814
916-441-0828
Fax: (916) 446-6003
Email: msegal@segalandkirby.com
*TERMINATED: 10/22/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| | imprisonment 60 months Count 1; 60 months Count 2; 60 months Count 13 concurrent; remanded; govt's motion to dismiss remaining counts granted; fine $12,500; TSR 36 months; appeal waived |
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES (1ss) | |
| | imprisonment 60 months Count 1; 60 months Count 2; 60 months Count 13 concurrent; remanded; govt's motion to dismiss remaining counts granted; fine $12,500; TSR 36 months; appeal waived |
| 18:1343.F HONEST SERVICES WIRE FRAUD (2ss) | |
| | imprisonment 60 months Count 1; 60 months Count 2; 60 months Count 13 concurrent; remanded; govt's motion to |
| 18:201A.F PUBLIC OFFICIALS | |

ACCEPTING BRIBES
(13ss)

dismiss remaining counts granted; fine $12,500; TSR 36 months; appeal waived

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | dismissed |
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES (1s) | dismissed |
| 18:1343.F HONEST SERVICES WIRE FRAUD, AND AIDING AND ABETTING (2-11) | dismissed |
| 18:1343.F HONEST SERVICES WIRE FRAUD AND AIDING AND ABETTING (2s-11s) | dismissed |
| 18:1343.F HONEST SERVICES WIRE FRAUD (3ss-11ss) | dismissed |
| 18:1341.F HONEST SERVICES MAIL FRAUD, AND AIDING AND ABETTING (12) | dismissed |
| 18:1341.F HONEST SERVICES MAIL FRAUD AND AIDING AND ABETTING (12s) | dismissed |
| 18:1341.F HONEST SERVICES MAIL FRAUD (12ss) | dismissed |
| 18:201A.F PUBLIC OFFICIALS ACCEPTING BRIBES, AND AIDING AND ABETTING (13) | dismissed |
| 18:201A.F PUBLIC OFFICIALS ACCEPTING BRIBES AND AIDING AND ABETTING (13s) | dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Garland E. Burrell, Jr

**Defendant**

**Vinesh Prasad (3)**
*TERMINATED: 02/11/2005*

represented by **Johnny L. Griffin, III**
Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814
(916) 444-5557
Fax: (916) 444-5558
Email: jgriffin@johnnygriffinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Clara Morgan Levers**
Law Offices of Johnny L. Griffin, III
1010 F Street, Suite 200
Sacramento, CA 95814
(916) 444-5557
Fax: (916) 444-5558
Email: jgriffin@johnnygriffinlaw.com
*ATTORNEY TO BE NOTICED*

**Pending Counts**

18:371.F CONSPIRACY TO
DEFRAUD THE UNITED STATES
(1ss)

18:1341.F HONEST SERVICES MAIL
FRAUD
(12ss)

**Disposition**

Imprisonment 57 Months count 1ss, 57
Months count 13ss to run concurrent,
Remanded; S/A $200.00; Fine waived.
TSR 36 Months; Appeal waived;
Recommendation to Northern
California Institution; Special
Conditions: See J & C Order; Govt's
Motion to Dismiss Remaining Counts
GRANTED (2-11, 12, 14, 15, 16 & 17)

DISMISSED

Imprisonment 57 Months count 1ss, 57
Months count 13ss to run concurrent,
Remanded; S/A $200.00; Fine waived.

18:201A.F PUBLIC OFFICIALS
ACCEPTING BRIBES
(13ss)

TSR 36 Months; Appeal waived;
Recommendation to Northern
California Institution; Special
Conditions: See J & C Order; Govt's
Motion to Dismiss Remaining Counts
GRANTED (2-11, 12, 14, 15, 16 & 17)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | DISMISSED |
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES (1s) | DISMISSED |
| 18:1343.F HONEST SERVICES WIRE FRAUD, AND AIDING AND ABETTING (2-11) | DISMISSED |
| 18:1343.F HONEST SERVICES WIRE FRAUD AND AIDING AND ABETTING (2s-11s) | DISMISSED |
| 18:1343.F HONEST SERVICES WIRE FRAUD (2ss-11ss) | DISMISSED |
| 18:1341.F HONEST SERVICES MAIL FRAUD, AND AIDING AND ABETTING (12) | DISMISSED |
| 18:1341.F HONEST SERVICES MAIL FRAUD AND AIDING AND ABETTING (12s) | DISMISSED |
| 18:201A.F PUBLIC OFFICIALS ACCEPTING BRIBES, AND AIDING AND ABETTING (13) | DISMISSED |
| 18:201A.F PUBLIC OFFICIALS ACCEPTING BRIBES AND AIDING AND ABETTING (13s) | DISMISSED |

18:1546.F FALSE STATEMENT IN

VISA APPLICATION AND AIDING
AND ABETTING                                        DISMISSED
(14)

18:1546.F FALSE STATEMENT IN
VISA APPLICATION, AND AIDING
AND ABETTING                                        DISMISSED
(14s)

18:1546.F FALSE STATEMENT IN
VISA APPLICATION AND AIDING
AND ABETTING                                        DISMISSED
(14ss)

8:1324.F ENCOURAGING ILLEGAL
ENTRY AND AIDING AND
ABETTING                                            DISMISSED
(15)

8:1324.F ENCOURAGING ILLEGAL
ENTRY AND AIDING AND
ABETTING                                            DISMISSED
(15s)

8:1324.F ENCOURAGING ILLEGAL
ENTRY AND AIDING AND
ABETTING                                            DISMISSED
(15ss)

31:5324.F STRUCTURING
TRANSACTIONS                                        DISMISSED
(16-17)

31:5324.F STRUCTURING
TRANSACTIONS TO EVADE
REPORTING REQUIREMENTS                              DISMISSED
(16s-17s)

31:5324.F STRUCTURING
TRANSACTIONS                                        DISMISSED
(16ss-17ss)

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| Conspiracy to defraud the US, to commit bribery of public officials, and to commit visa fraud [ 2:03-m -95 ] | DISMISSED |

Assigned to: Judge Garland E. Burrell,
Jr

**Defendant**

**Minesh Prasad** (4)
*TERMINATED: 02/11/2005*

represented by **Hayes H Gable, III**
Law Offices of Hayes H Gable III
428 J Street
Suite 350
Sacramento, CA 95814
916-446-3331
Email: hhgable@pacbell.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

18:371.F CONSPIRACY TO
DEFRAUD THE UNITED STATES
(1ss)

18:201A.F PUBLIC OFFICIALS
ACCEPTING BRIBES
(13ss)

**Disposition**

Imprisonment 41 Months on count 1, 41
Months on count 13 concurrent;
Remanded; S/A $200.00; Fine Waived;
TSR 36 Months; Appeal waived;
Recommendation to Northern
California Institution; Special
Conditions: See J & C Order

Imprisonment 41 Months on count 1, 41
Months on count 13 concurrent;
Remanded; S/A $200.00; Fine Waived;
TSR 36 Months; Appeal waived;
Recommendation to Northern
California Institution; Special
Conditions: See J & C Order

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:371.F CONSPIRACY TO
DEFRAUD THE UNITED STATES
(1)

18:371.F CONSPIRACY TO
DEFRAUD THE UNITED STATES
(1s)

18:1343.F HONEST SERVICES WIRE
FRAUD, AND AIDING AND
ABETTING
(2-11)

18:1343.F HONEST SERVICES WIRE
FRAUD AND AIDING AND
ABETTING
(2s-11s)

**Disposition**

DISMISSED

DISMISSED

DISMISSED

DISMISSED

| | |
|---|---|
| 18:1343.F HONEST SERVICES WIRE FRAUD (2ss-11ss) | DISMISSED |
| 18:1341.F HONEST SERVICES MAIL FRAUD, AND AIDING AND ABETTING (12) | DISMISSED |
| 18:1341.F HONEST SERVICES MAIL FRAUD AND AIDING AND ABETTING (12s) | DISMISSED |
| 18:1341.F HONEST SERVICES MAIL FRAUD (12ss) | DISMISSED |
| 18:201A.F PUBLIC OFFICIALS ACCEPTING BRIBES, AND AIDING AND ABETTING (13) | DISMISSED |
| 18:201A.F PUBLIC OFFICIALS ACCEPTING BRIBES AND AIDING AND ABETTING (13s) | DISMISSED |
| 18:1546.F FALSE STATEMENT IN VISA APPLICATION AND AIDING AND ABETTING (14) | DISMISSED |
| 18:1546.F FALSE STATEMENT IN VISA APPLICATION, AND AIDING AND ABETTING (14s) | DISMISSED |
| 18:1546.F FALSE STATEMENT IN VISA APPLICATION AND AIDING AND ABETTING (14ss) | DISMISSED |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| Conspiracy to defraud the US, to commit bribery of public officials, and to commit visa fraud [ 2:03-m -95 ] | DISMISSED |

Assigned to: Judge Garland E. Burrell, Jr

**Defendant**

**Narinderjit Singh Bhullar** (5)
*TERMINATED: 11/19/2004*
*also known as*
Narinder Singh

represented by **Timothy Zindel**
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
(916) 498-5700
Fax: (916) 498-5710
Email: timothy_zindel@fd.org
*TERMINATED: 05/21/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**William J. Portanova**
William J. Portanova, Attorney at Law
400 Capitol Mall
Suite 1100
Sacramento, CA 95814
(916) 444-7900
Fax: (916) 444-7998
Email: Portanova@thelawoffices.com
*TERMINATED: 11/19/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18:371.F CONSPIRACY TO
DEFRAUD THE UNITED STATES
(1ss)

**Disposition**

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:371.F CONSPIRACY TO
DEFRAUD THE UNITED STATES
(1)

18:371.F CONSPIRACY TO
DEFRAUD THE UNITED STATES
(1s)

18:1343.F HONEST SERVICES WIRE
FRAUD, AND AIDING AND
ABETTING
(2-11)

**Disposition**

dismissed

dismissed

dismissed

| | |
|---|---|
| 18:1343.F HONEST SERVICES WIRE FRAUD AND AIDING AND ABETTING (2s-11s) | dismissed |
| 18:1343.F HONEST SERVICES WIRE FRAUD (2ss-11ss) | dismissed |
| 18:1546.F FALSE STATEMENT IN VISA APPLICATION AND AIDING AND ABETTING (14) | dismissed |
| 18:1546.F FALSE STATEMENT IN VISA APPLICATION, AND AIDING AND ABETTING (14s) | dismissed |
| 18:1546.F FALSE STATEMENT IN VISA APPLICATION AND AIDING AND ABETTING (14ss) | dismissed |
| 31:5324.F STRUCTURING TRANSACTIONS (18) | dismissed |
| 31:5324.F STRUCTURING TRANSACTIONS TO EVADE REPORTING REQUIREMENTS (18s) | dismissed |
| 31:5324.F STRUCTURING TRANSACTIONS (18ss) | dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Garland E. Burrell, Jr

**Defendant**

**Phuong-Hien Lam Trinh (6)**   represented by   **Michael Donald Long**
*TERMINATED: 11/08/2004*                       Law Office Of Michael D. Long
                                               901 H Street
                                               Suite 208
                                               Sacramento, CA 95814

(916) 447-1920
Fax: (916) 448-1708
Email: Long_5999@msn.com
*TERMINATED: 11/08/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**                          **Disposition**

18:209.M SUPPLEMENTING
SALARY OF GOVERNMENT                  probation of 36 months and 100 hours
OFFICIAL FOR OFFICIAL                  of community service; $500 fine; $25
SERVICES                                S/A
(1ssss)

**Highest Offense Level (Opening)**

Misdemeanor

**Terminated Counts**                      **Disposition**

18:371.F CONSPIRACY TO
DEFRAUD THE UNITED STATES              DISMISSED
(1)

18:371.F CONSPIRACY TO
DEFRAUD THE UNITED STATES              DISMISSED
(1s)

18:371.F CONSPIRACY TO
DEFRAUD THE UNITED STATES              DISMISSED
(1ss)

18:216.F SUPPLEMENTING THE
SALARY OF A GOVERNMENT
OFFICE FOR OFFICIAL SERVICES           DISMISSED
(1sss)

**Highest Offense Level (Terminated)**

Felony

**Complaints**                            **Disposition**

None

Assigned to: Judge Garland E. Burrell,
Jr

**Defendant**

**Rajwant S Virk (7)**          represented by **Blair D Howard**

*TERMINATED: 11/19/2004*

Howard Morrison and Howard
One Wall Street
Warrenton, VA 20186
540-349-1155
Fax: 349-4422
*TERMINATED: 11/19/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | imprisment 15 months; surrender by 2:00 PM 1/3/05; S/A $100; dft fined $50,000; TSR 36 months |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Judge Garland E. Burrell, Jr

**Defendant**

**Rachhpal Singh** (8)                represented by  **Anne Catherine Beles**
*TERMINATED: 06/06/2007*                             Law Offices Of Robert J. Beles
                                                     1 Kaiser Plaza
                                                     Suite 2300
                                                     Oakland, CA 94612
                                                     510-836-0100
                                                     Email: beleslaw@yahoo.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Designation: Retained*

                                                     **Robert J Beles**
                                                     Law Offices Of Robert J. Beles
                                                     1 Kaiser Plaza

Suite 2300
Oakland, CA 94612
510-836-0100
Email: beleslaw@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18:371.F CONSPIRACY TO
DEFRAUD THE UNITED STATES
(1s)

**Disposition**

imprisonment 20 months; surrender
date 2/25/05 by 2:00 PM; S/A $100;
restitution $10,900; TSR 36 months;
appeal waived

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:371.F CONSPIRACY TO
DEFRAUD THE UNITED STATES
(1)

**Disposition**

**Highest Offense Level (Terminated)**

Felony

**Complaints**

Conspiracy to defraud the US, to
commit bribery of public officials, and
to commit visa fraud [ 2:03-m -95 ]

**Disposition**

Assigned to: Judge Garland E. Burrell,
Jr

**Defendant**

**Davinder Singh Bhullar** (9)
*also known as*
Shamsher Singh

**Pending Counts**                    **Disposition**

18:371.F CONSPIRACY TO
DEFRAUD THE UNITED STATES
(1)

18:371.F CONSPIRACY TO
DEFRAUD THE UNITED STATES

(1s)

18:371.F CONSPIRACY TO
DEFRAUD THE UNITED STATES
(1ss)

18:1343.F HONEST SERVICES WIRE
FRAUD AND AIDING AND
ABETTING
(2s-11s)

18:1343.F HONEST SERVICES WIRE
FRAUD
(2ss-11ss)

18:1546.F FALSE STATEMENT IN
VISA APPLICATION, AND AIDING
AND ABETTING
(14s)

18:1546.F FALSE STATEMENT IN
VISA APPLICATION AND AIDING
AND ABETTING
(14ss)

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Garland E. Burrell,
Jr

**Defendant**

| | | |
|---|---|---|
| **Ramesh Kumar Jaisingh** (11) | represented by | **Mark D Cummings** |
| *TERMINATED: 10/22/2004* | | Law Offices of Sher Cummings and Ellis |
| | | 3800 North Fairfax Drive |
| | | Suite 7 |
| | | Arlington, VA 22203 |
| | | 703-525-1200 |
| | | *TERMINATED: 10/22/2004* |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                                      **Disposition**

18:371.F CONSPIRACY TO                                  imprisonment 21 months; S/A $100;
DEFRAUD THE UNITED STATES                               fine waived; TSR 36 months; appeal
(1)                                                     waived

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                   **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                          **Disposition**

None

---

Assigned to: Judge Garland E. Burrell,
Jr

**Defendant**

**Kim Chi Lam** (13)                    represented by   **Joseph J. Wiseman**
*TERMINATED: 02/11/2005*                                Law Office of Joseph J. Wiseman
                                                        1477 Drew Avenue
                                                        Suite 106
                                                        Davis, CA 95618
                                                        530-759-0700
                                                        Fax: 530-759-0800
                                                        Email: wiselaw@earthlink.net
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Retained*

**Pending Counts**                                      **Disposition**

18:371.F CONSPIRACY TO                                  Imprisonment 30 Months; Surrender
DEFRAUD THE UNITED STATES                               date: 4/11/05 by 2:00pm; S/A $100.00.
(1s)                                                    Fine waived. TSR 36 Months;
                                                        Recommendation California Institution;
                                                        Special Conditions: See J & C Order

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES (1) | DISMISSED |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA                                          represented by   **Benjamin B Wagner**
                                                              United States Attorney
                                                              Special Prosecutions
                                                              501 I Street
                                                              Suite 10-100
                                                              Sacramento, CA 95814
                                                              916-554-2700
                                                              Email: ben.wagner@usdoj.gov
                                                              *TERMINATED: 06/24/2005*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **S. Robert Tice-Raskin**
                                                              U. S. Attorney's Office
                                                              501 I Street, Suite 10-100
                                                              Sacramento, CA 95814
                                                              (916) 554-2738
                                                              Fax: (916) 554-2900
                                                              Email: Robert.Tice-Raskin@usdoj.gov
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/25/2003 | | (Court only) Docket Modification (Utility Event) sealing case [ 2:03-m - 95 ] (pw) (Entered: 04/25/2003) |
| 04/25/2003 | 1 | COMPLAINT by US Attorney naming Long N Lee (1), Acey R Johnson (2), Prasad Vinesh (3), Minesh Prasad (4), Rachhpal Singh (5), Phuong-Hien Lam Trinh (6), Rajwant S Virk (7), and Narinderjit Singh Bhullar |

| | | |
|---|---|---|
| | | (8) to count(s) cmp, before Magistrate Judge John F. Moulds [ 2:03-m -95 ] (old) (Entered: 04/25/2003) |
| 04/25/2003 | 2 | ORDER by Magistrate Judge John F. Moulds sealing case until further order of the Court (cc: all counsel) [ 2:03-m -95 ] (old) (Entered: 04/25/2003) |
| 04/25/2003 | | ARREST Warrant issued for Long N Lee by Magistrate Judge John F. Moulds; bail: detained pending hearing [ 2:03-m -95 ] (old) (Entered: 04/25/2003) |
| 04/25/2003 | | ARREST Warrant issued for Acey R Johnson by Magistrate Judge John F. Moulds; bail: detain pending hearing [ 2:03-m -95 ] (old) (Entered: 04/25/2003) |
| 04/25/2003 | | ARREST Warrant issued for Prasad Vinesh by Magistrate Judge John F. Moulds; bail: detain pending hearing [ 2:03-m -95 ] (old) (Entered: 04/25/2003) |
| 04/25/2003 | | ARREST Warrant issued for Minesh Prasad by Magistrate Judge John F. Moulds; bail: detain pending hearing [ 2:03-m -95 ] (old) (Entered: 04/25/2003) |
| 04/25/2003 | | ARREST Warrant issued for Rachhpal Singh by Magistrate Judge John F. Moulds; bail: detain pending hearing [ 2:03-m -95 ] (old) (Entered: 04/25/2003) |
| 04/25/2003 | | ARREST Warrant issued for Phuong-Hien Lam Trinh by Magistrate Judge John F. Moulds; bail: detain pending hearing [ 2:03-m -95 ] (old) (Entered: 04/25/2003) |
| 04/25/2003 | | ARREST Warrant issued for Rajwant S Virk by Magistrate Judge John F. Moulds; bail: detain pending hearing [ 2:03-m -95 ] (old) (Entered: 04/25/2003) |
| 04/25/2003 | | ARREST Warrant issued for Narinderjit Singh Bhullar by Magistrate Judge John F. Moulds; bail: detain pending hearing [ 2:03-m -95 ] (old) (Entered: 04/25/2003) |
| 04/29/2003 | 3 | APPLICATION by plaintiff USA for limited unsealing of the complaint as to defendant Bhullar [ 2:03-m -95 ] (old) (Entered: 05/01/2003) |
| 04/29/2003 | 4 | ORDER by Magistrate Judge Dale A. Drozd GRANTING application for limited unsealing of complaint to the extent that USA is authorized to produce a copy of the complaint to the defense counsel [3-1] (cc: all counsel) [ 2:03-m -95 ] (old) (Entered: 05/01/2003) |
| 04/29/2003 | 5 | MINUTES before Magistrate Judge John F. Moulds RE: Initial Appearance first appearance of Narinderjit Singh Bhullar Attorney Tim Zindel present , detention hearing set on 2:00 5/1/03 for Narinderjit Singh Bhullar ; Court orders complaint to be available to counsel for any arrested defendants; ECRO Dona Euler tape 1 of 1 [ 2:03-m -95 ] (old) (Entered: 05/01/2003) |
| | | |

| 04/30/2003 | 6 | APPLICATION by plaintiff USA for Order to unseal complaint [ 2:03-m -95 ] (old) (Entered: 05/01/2003) |
| 04/30/2003 | 7 | ORDER by Magistrate Judge John F. Moulds application to unseal complaint is [6-1] GRANTED case unsealed (cc: all counsel) [ 2:03-m -95 ] (old) (Entered: 05/01/2003) |
| 04/30/2003 | 8 | MINUTES before Magistrate Judge John F. Moulds RE: Initial Appearance first appearance of Prasad Vinesh and Minesh Prasad Attorneys present , detention hearing set on 2:00 5/7/03 for Prasad Vinesh, for Minesh Prasad [ 2:03-m -95 ] (sk) (Entered: 05/01/2003) |
| 05/01/2003 | | (Court only) Docket Modification (Utility Event) attorney Timothy L Zindel appointed for deft Narinderjit Singh Bhullar; Hayes H Gable III appointed for deft Minesh Prasad; Johnny Lewis Griffin III retained by deft Vinesh Prasad; Robert Tice-Raskin added for USA [ 2:03-m -95 ] (old) (Entered: 05/01/2003) |
| 05/01/2003 | 9 | MINUTES before Magistrate Judge Gregory G. Hollows detention hearing CONTINUED until 2:00 5/2/03 for Narinderjit Singh Bhullar ; ECRO Dona Euler tape 1 of 1 [ 2:03-m -95 ] (sk) (Entered: 05/01/2003) |
| 05/01/2003 | 10 | ARREST Warrant returned executed as to defendant Narinderjit Singh Bhullar defendant arrested on 4/29/03 [ 2:03-m -95 ] (sk) (Entered: 05/02/2003) |
| 05/01/2003 | 18 | INDICTMENT by US Attorney Benjamin B Wagner Counts filed against Acey R Johnson (1) count(s) 1, 2-11, 12, 13, Long N Lee (2) count(s) 1, 2-11, 12, 13, Vinesh Prasad (3) count(s) 1, 2-11, 12, 13, 14, 15, 16-17, Minesh Prasad (4) count(s) 1, 2-11, 12, 13, 14, Narinderjit Singh Bhullar (5) count(s) 1, 2-11, 14, 18, Phuong-Hien Lam Trinh (6) count(s) 1, Rajwant S Virk (7) count(s) 1, Rachhpal Singh (8) count(s) 1, Davinder Singh Bhullar (9) count(s) 1 (kdc) (Entered: 05/08/2003) |
| 05/01/2003 | | ARREST Warrant issued for Davinder Singh Bhullar by Magistrate Judge Gregory G. Hollows bail set at NO BAIL (kdc) (Entered: 05/08/2003) |
| 05/02/2003 | 11 | MINUTES before Magistrate Judge Gregory G. Hollows of further detention hearing; dft released on $150,000 secured bond; conditions of release are: dft is to abide by all laws, report to PTS and comply w/supervision, any travel outside of East Dist. CA is to be approved by PTS, dft to reside at Wittkop Way Sac, surrender all passports, dft is placed on electronic monitoring, and dft is not to enter any airports, bus or train stations w/out prior approval; dft is not to be released until all terms and conditions set forth are filed with the court; arraignment SET for 2:00 5/6/03 for Narinderjit Singh Bhullar C/R Dona Euler [ 2:03-m -95 ] (mdk) (Entered: 05/05/2003) |
| 05/02/2003 | 12 | ARREST Warrant returned executed as to defendant Vinesh Prasad; defendant arrested on 4/29/03 [ 2:03-m -95 ] (crf) (Entered: 05/05/2003) |
| 05/02/2003 | 13 | ARREST Warrant returned executed as to defendant Minesh Prasad; |

| | | |
|---|---|---|
| | | defendant arrested on 4/29/03 [ 2:03-m -95 ] (crf) (Entered: 05/05/2003) |
| 05/02/2003 | 14 | RULE 40 Documents received from Northern District as to Rachhpal Singh [ 2:03-m -95 ] (crf) (Entered: 05/05/2003) |
| 05/02/2003 | 15 | NOTICE TO DEFENDANT being released as to defendant Narinderjit Singh Bhullar [ 2:03-m -95 ] (pw) (Entered: 05/05/2003) |
| 05/05/2003 | 16 | RULE 40 Documents received from USDC-Central District of CA as to Phuong-Hien Lam Trinh [ 2:03-m -95 ] (mdp) (Entered: 05/06/2003) |
| 05/05/2003 | 17 | ARREST Warrant returned executed as to defendant Acey R Johnson defendant arrested on 5/1/03 [ 2:03-m -95 ] (mdp) (Entered: 05/06/2003) |
| 05/06/2003 | 20 | MINUTES before Magistrate Judge Gregory G. Hollows RE: dft Narinderjit Singh Bhullar arraigned; not guilty plea entered; Attorney present , status hearing set for 9:00 6/6/03 for Narinderjit Singh Bhullar, for Rachhpal Singh , arraignment continued to 2:00 5/20/03 for Narinderjit Singh Bhullar , T2 started for Narinderjit Singh Bhullar, Rachhpal Singh start date: 5/6/03 end date: 6/20/03 C/R CD 1 of 1 (kdc) (Entered: 05/09/2003) |
| 05/06/2003 | | (Court only) ***JS-2 FIRST APPEARANCE CODE (Duong, D) (Entered: 02/10/2005) |
| 05/07/2003 | 19 | MINUTES before Judge Garland E. Burrell RE: dft Vinesh Prasad, Minesh Prasad arraigned; not guilty plea entered; Attorney Johnny Griffen and Hayes Gable present respectively ; status hearing set for 6/6/03 9:00 for dfts Vinesh Prasad and Minesh Prasad C/R (kdc) Modified on 05/09/2003 (Entered: 05/08/2003) |
| 05/07/2003 | 21 | STANDING ORDER in felony criminal cases issued (cc: all counsel) (kdc) (Entered: 05/09/2003) |
| 05/07/2003 | 22 | NOTICE OF MOTION AND MOTION for release on bail by defendant Vinesh Prasad hearing set for 2:00 5/7/03 (kdc) (Entered: 05/09/2003) |
| 05/08/2003 | | (Court only) Docket Modification (Utility Event) arraignment hrg held on 5/8/03 as to Vinesh Prasad, Minesh Prasad; status hearing set for 9:00 6/6/03 for Vinesh Prasad, for Minesh Prasad , T2 started for Vinesh Prasad, Minesh Prasad start date: 5/7/03 end date: 6/6/03 (kdc) (Entered: 05/09/2003) |
| 05/09/2003 | 23 | MINUTES before Magistrate Judge Gregory G. Hollows RE Arraignment: Dft Phuong-Hien Lam Trinh arraigned; NOT GUILTY plea entered w/jury request; Attorney Michael D Long appointed ; Mr Michael Long is appointed to represent the dft for today only; The court instructs counsel to provide him with the necessary paperwork concerning the dft's financial status; The court extends the dft's request to have until 05/14/03 to file all the necessary bond papers; Conditions number four is modified as stated on the record; Status hearing SET for 9:00 AM 6/6/03 for Phuong-Hien Lam Trinh ; XT2 started for Phuong-Hien Lam Trinh start date: 05/09/03 end date: 06/06/03 ; ECRO Dona Euler (pw) (Entered: 05/12/2003) |

| 05/09/2003 | 24 | Conditions of Release (pw) (Entered: 05/12/2003) |
|---|---|---|
| 05/09/2003 | 25 | LETTER to court from counsel for defendant Vinesh Prasad requesting for dft Vinesh and Minesh Prasad to be placed on Judge Hollows' calendar for 5/12/03 (hk) (Entered: 05/12/2003) |
| 05/12/2003 | 26 | MINUTES before Magistrate Judge Gregory G. Hollows RE: hrg on motion status hearing set for 9:00 6/6/03 for Vinesh Prasad and Minesh Prasad ; dfts released C/R D. Euler (hk) (Entered: 05/13/2003) |
| 05/12/2003 | 27 | NOTICE TO DEFENDANT being released as to defendant Vinesh Prasad (hk) (Entered: 05/13/2003) |
| 05/12/2003 | 28 | NOTICE TO DEFENDANT being released as to defendant Minesh Prasad (hk) (Entered: 05/13/2003) |
| 05/13/2003 | 32 | ORDER FOR RELEASE OF PERSON IN CUSTODY by Magistrate Judge Gregory G. Hollows for Narinderjit Singh Bhullar (bd) (Entered: 05/14/2003) |
| 05/13/2003 | 33 | BOND (appearance $150,000) by Narinderjit Singh Bhullar (daw) (Entered: 05/14/2003) |
| 05/13/2003 | 34 | ATTORNEY APPEARANCE for defendant Narinderjit Singh Bhullar by AFD Timothy Zindel (daw) (Entered: 05/14/2003) |
| 05/13/2003 | 42 | APPEARANCE BOND ( $150,000 posted by property) by Narinderjit Singh Bhullar (ndd) (Entered: 05/20/2003) |
| 05/14/2003 | 29 | CJA Form 23 (Financial Affidavit) as to Phuong-Hien Lam Trinh (bd) (Entered: 05/14/2003) |
| 05/14/2003 | 30 | LETTER to court from "Michael D Long" for defendant Phuong-Hien Lam Trinh informing court of his suitability for appointment of counsel in this case (bd) (Entered: 05/14/2003) |
| 05/14/2003 | 31 | ORDER by Magistrate Judge Gregory G. Hollows; attorney Michael D Long is conditionally appointed to represent defendant Phuong-Hien Lam Trinh ; such appointment is conditional and dft may be required to reimburse the US for the cost of his representation (cc: all counsel) (bd) (Entered: 05/14/2003) |
| 05/15/2003 | | LODGED govt's ex parte notice of intention to appeal Magistrate Judge's order granting release on bail and application for a stay and proposed order by USA (mdk) (Entered: 05/16/2003) |
| 05/15/2003 | 35 | LETTER to court from counsel for defendant Vinesh Prasad re statement of account and phone banking informational card confirming interest in an accout at the Australia and New Zealand Banking Group Limited (ANZ) bank located in Australia (bd) (Entered: 05/19/2003) |
| 05/16/2003 | 36 | STIPULATION AND ORDER by Magistrate Judge Gregory G. Hollows; dft Narinder Jit Singh Bollar shall be allowed to return to work in accordance with the express instructions of PTS; purpose of order is to make clear PTS has discretion to allow or deny dft to work at any and all |

|            |    |                                                                                                                                                                                                                                                                                                 |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | jobs (cc: all counsel) - (bd) (Entered: 05/19/2003)                                                                                                                                                                                                                                              |
| 05/16/2003 |    | LODGED substitution of attorney by defendant Narinderjit Singh Bhullar (daw) (Entered: 05/19/2003)                                                                                                                                                                                               |
| 05/16/2003 | 37 | ARREST Warrant returned unexecuted for Long N Lee; dft already in federal custody (daw) (Entered: 05/19/2003)                                                                                                                                                                                    |
| 05/16/2003 | 38 | ARREST Warrant returned unexecuted for Acey R Johnson; dft already in federal custody (daw) (Entered: 05/19/2003)                                                                                                                                                                                |
| 05/19/2003 | 40 | RULE 40 Documents received from Central District of CA as to Lam Trinh Phuong-Hien (daw) (Entered: 05/20/2003)                                                                                                                                                                                   |
| 05/19/2003 | 41 | NOTICE by plaintiff USA regarding recording of lis pendens as to real property located in Park County at 35 Mockingbird Trail, Bailey, CO; APN: T07-R72-W23-SW4 (daw) (Entered: 05/20/2003)                                                                                                       |
| 05/20/2003 | 39 | ORDER by Magistrate Judge Gregory G. Hollows ORDERED that the gov't application for a stay of its order of 5/12/03 setting terms and conditions for the release of dft Vinesh and Minesh Prasa [26-2] is GRANTED; dfts shall remain in pretrial custody pending further order of this court or any other court with jurisdiction over this matter (cc: all counsel) (ndd) (Entered: 05/20/2003) |
| 05/20/2003 | 43 | SPECIAL CONDITIONS OF RELEASE as to defendant Narinderjit Singh Bhullar (bd) (Entered: 05/21/2003)                                                                                                                                                                                               |
| 05/20/2003 | 45 | MINUTES before Magistrate Judge Gregory G. Hollows RE: arraignment; dft Rachhpal Singh arraigned; NOT GUILTY plea entered; Attorney Anne Catherine Beles and Robert J Beles present ; arraignment hrg held on 5/8/03 as to defendant Rachhpal Singh ; court places dft on additonal pretrial conditions as stated on the record; status conference set for 9:00 6/6/03 for Rachhpal Singh ; T2 and T4 started for dfts Acey R Johnson, Long N Lee, Vinesh Prasad, Minesh Prasad, Narinderjit Singh Bhullar, Phuong-Hien Lam Trinh, Rajwant S Virk, Rachhpal Singh, Davinder Singh Bhullar, and Michael Shaun Pilley II; start date: 5/20/03 end date: 6/6/03 ; C/R ECRO (bd) (Entered: 05/21/2003) |
| 05/20/2003 | 46 | NOTICE TO DEFENDANT being released as to defendant Rachhpal Singh (bd) (Entered: 05/21/2003)                                                                                                                                                                                                     |
| 05/20/2003 | 47 | NOTICE by plaintiff USA regarding recording of lis pendens for real property located in Curry County at 263 Coast Guard Hill Road, Port Orford, OR APN: 33-15-05CC Tax Lot 200 (daw) (Entered: 05/21/2003)                                                                                       |
| 05/21/2003 | 44 | ORDER by Judge Garland E. Burrell request for substitution of attorney GRANTED; withdrawing attorney Timothy L Zindel for Narinderjit Bhullar and substituting attorney William J Portanova (cc: all counsel) (daw) (Entered: 05/21/2003)                                                         |
| 05/21/2003 |    | (Court only) Docket Modification (Utility Event) re minutes correction [20-6] arraignment date of 5/20/03 for defendant Narinderjit Singh Bhullar TERMINATED; dft Rachhpal Singh arraigned (bd) (Entered:                                                                                         |

| | | 05/21/2003) |
|---|---|---|
| 05/21/2003 | 48 | APPEAL FROM MAGISTRATE ORDER/DECISION by plaintiff USA; in-court hearing SET for 9:00 6/6/03 as to defendants Vinesh Prasad and Minesh Prasad concerning release on bail (daw) (Entered: 05/22/2003) |
| 05/21/2003 | 49 | APPENDIX of documents in support of govt's appeal from Magistrate Judge's order granting release on bail [48-1] (daw) (Entered: 05/22/2003) |
| 05/22/2003 | 50 | RECEIPT of passport #B-002996 for defendant Rachhpal Singh Receipt # 203 4155 (daw) (Entered: 05/22/2003) |
| 05/22/2003 | 51 | RECEIPT of Refugee Travel Document #A78372093 for defendant Rachhpal Singh; Receipt # 203 4156 (daw) Modified on 05/22/2003 (Entered: 05/22/2003) |
| 05/22/2003 | 52 | MINUTES before Magistrate Judge Gregory G. Hollows RE: arraignment; dft Rajwant S Virk arraigned; NOT GUILTY plea entered; Attorney Blair D Howard present ; parties stipulate on bail subject to $100,000.00 unsecured bond; travel is restricted to Eastern District of Virginia and Eastern District of CA; status conferenceDhearing set for 9:00 6/6/03 for Rajwant S Virk ; T2 and T4 started for dfts Acey R Johnson, Long N Lee, Vinesh Prasad, Minesh Prasad, Narinderjit Singh Bhullar, Phuong-Hien Lam Trinh, Rajwant S Virk, Rachhpal Singh, Davinder Singh Bhullar, and Michael Shaun Pilley II start date: 5/22/03 end date: 6/6/03 ; C/R ECRO (bd) (Entered: 05/23/2003) |
| 05/22/2003 | 53 | APPEARANCE BOND ( $100,000.00) by Rajwant S Virk (bd) (Entered: 05/23/2003) |
| 05/22/2003 | 54 | NOTICE TO DEFENDANT being released as to defendant Rajwant S Virk (bd) (Entered: 05/23/2003) |
| 05/23/2003 | 55 | MINUTES before Magistrate Judge Gregory G. Hollows RE: arraignment; dfts Acey R Johnson and Long N Lee arraigned; NOT GUILTY pleas entered; Attorney Bruce Locke for dft Johnson and Dwight M Samuel for dft Lee present ; status hearing set for 9:00 6/6/03 for dfts Acey R Johnson and Long N Lee ; C/R ECRO (bd) (Entered: 05/27/2003) |
| 05/23/2003 | 56 | NOTICE regarding dft Singh Rachhpal surrendering passport pursuant to court's order of 4/30/03 (daw) (Entered: 05/27/2003) |
| 05/29/2003 | 57 | CJA Form 23 (Financial Affidavit) as to Phuong-Hien Lam Trinh (daw) (Entered: 05/30/2003) |
| 05/30/2003 | 58 | RESPONSE by defendant Vinesh Prasad to [48-1] (daw) (Entered: 06/02/2003) |
| 06/02/2003 | 59 | SUPPLEMENTAL response to govt's appeal from Magistrate Judge's order granting release on bail by defendant Vinesh Prasad (kdc) (Entered: 06/03/2003) |
| 06/02/2003 | 60 | REPLY BRIEF by plaintiff USA in support of its appeal from Magistrate |

| | | Judge's order granting release on bail (kdc) (Entered: 06/03/2003) |
|---|---|---|
| 06/03/2003 | 61 | RECEIPT of recorded Deed of Trust for defendant Narinderjit Singh Bhullar receipt#: 2034216 posted by: Amar SIngh and Surjeet Kaur deed#: 0001982879 address: 2310 Wyda Way Sacto CA 95825-1 (Deed in Vault) (kdc) (Entered: 06/04/2003) |
| 06/04/2003 | 62 | NOTICE OF JOINDER in co-dft's response and supplemental response to govt's appeal from order granting bail by defendant Minesh Prasad (kdc) (Entered: 06/05/2003) |
| 06/06/2003 | 63 | MINUTES before Judge Garland E. Burrell RE: status hearing continued to 9:00 7/25/03 for Rachhpal Singh , T2 and T4 started for Rachhpal Singh start date: 6/6/03 end date: 7/25/03 C/R P Hernandez/Diamond (kdc) (Entered: 06/09/2003) |
| 06/06/2003 | 64 | MINUTES before Judge Garland E. Burrell RE: status hearing continued to 9:00 7/25/03 for Narinderjit Singh T2 and T4 started for Narinderjit Singh Bhullar: start date: 6/6/03 end date: 7/25/03 C/R P Hernandez/Diamond (kdc) (Entered: 06/09/2003) |
| 06/06/2003 | 65 | MINUTES before Judge Garland E. Burrell RE: status hearing continued to 9:00 7/25/03 for Phuong-Hien Lam Trinh , T2 and T4 started for Phuong-Hien Lam Trinh start date: 6/6/03 date: 7/25/03 C/R P Hernandez/Diamond (kdc) (Entered: 06/09/2003) |
| 06/06/2003 | 66 | MINUTES before Judge Garland E. Burrell RE: status hearing continued to 9:00 7/25/03 for Acey R Johnson , T2 and T4 started for Acey R Johnson start date: 6/6/03 end date: 7/25/03 C/R P Hernandez/Diamond (kdc) (Entered: 06/09/2003) |
| 06/06/2003 | 67 | MINUTES before Judge Garland E. Burrell RE: status hearing continued to 9:00 7/25/03 for Long N Lee , T2 and T4 started for Long N Lee start date: 6/6/03 end date: 7/25/03 C/R P Hernandez (kdc) (Entered: 06/09/2003) |
| 06/06/2003 | 68 | MINUTES before Judge Garland E. Burrell RE: guilty plea entered by Rajwant S Virk (7) count(s) 1 , sentencing hearing set for 9:00 8/22/03 for Rajwant S Virk C/R P Hernandez/Diamond (kdc) (Entered: 06/09/2003) |
| 06/06/2003 | 69 | PLEA Agreement as to Rajwant S Virk (kdc) (Entered: 06/09/2003) |
| 06/06/2003 | 70 | SCHEDULE FOR DISCLOSURE OF PSR as to defendant Rajwant S Virk (kdc) (Entered: 06/09/2003) |
| 06/06/2003 | 71 | MINUTES before Judge Garland E. Burrell RE: status hearing continued to 9:00 7/25/03 for Vinesh Prasad , T2 started for Vinesh Prasad start date: 6/6/03 end date: 7/25/03 ; govt's appeal of release order and motion submitted; court to issued order; C/R P Hernandez/Diamond (kdc) Modified on 06/09/2003 (Entered: 06/09/2003) |
| 06/06/2003 | 72 | MINUTES before Judge Garland E. Burrell RE: status hearing continued to 9:00 7/25/03 for Minesh Prasad , T2 and T4 started for Minesh Prasad |

| | | |
|---|---|---|
| | | start date: 6/6/03 end date: 7/25/03 ; govt's appeal of release order and motion submitted; court to issue order; C/R P Hernandez/Diamond (kdc) (Entered: 06/09/2003) |
| 06/09/2003 | 73 | ORDER by Judge Garland E. Burrell ORDERING Govt's APPEAL FROM MAGISTRATE ORDER/DECISION [48-1] GRANTED and the Magistrate Judge's bail order is REVERSED and each dft is DETAINED AS A FLIGHT RISK (cc: all counsel) (kdc) (Entered: 06/09/2003) |
| 06/11/2003 | 74 | LETTER to court from counsel Anne C Beles correcting law firm info (kdc) (Entered: 06/12/2003) |
| 06/12/2003 | | COPY OF AMENDED DEED OF TRUST submitted by US Attorney for Khan Trinh and Phuong-Hien Trinh on property 15526 Faysmith Ave Gardena CA 92868 (kdc) (Entered: 06/13/2003) |
| 06/30/2003 | 75 | STIPULATION AND ORDER by Magistrate Judge Peter A. Nowinski ORDERING the removal of the electronic monitoring device, provided all other conditions of pre-trial release remain in effect as to dft Narinderjit Sing Bhollar (cc: all counsel) - (nac) (Entered: 06/30/2003) |
| 07/07/2003 | 76 | CJA Form 23 (Financial Affidavit) as to Long N Lee (kdc) (Entered: 07/08/2003) |
| 07/07/2003 | 77 | CJA Form 20 (Attorney Payment Voucher) by Attorney Dwight M Samuel for Long N Lee (kdc) (Entered: 07/09/2003) |
| 07/14/2003 | 78 | NOTICE of hearing by USA sentencing hearing re-set for 9:00 8/22/03 for Rajwant S Virk (cc: all counsel) (kdc) (Entered: 07/17/2003) |
| 07/24/2003 | | LODGED subsitution of attorney by defendant Long N Lee (daw) (Entered: 07/25/2003) |
| 07/25/2003 | 80 | MINUTES before Judge Garland E. Burrell RE: status hearing continued to 9:00 7/25/03 for Rachhpal Singh , T2 and T4 started for Rachhpal Singh start date: 7/25/03 end date: 9/12/03 C/R K Watkins (kdc) (Entered: 07/28/2003) |
| 07/25/2003 | 81 | MINUTES before Judge Garland E. Burrell RE: status hearing continued to 9:00 9/12/03 for Narinderjit Singh Bhullar , T4 and T2 started for Narinderjit Singh Bhullar start date: 7/25/03 end date: 9/12/03 C/R K Watkins (kdc) (Entered: 07/28/2003) |
| 07/25/2003 | 82 | MINUTES before Judge Garland E. Burrell RE: status hearing continued to 9:00 9/12/03 for Vinesh Prasad , T4 and T2 started for Vinesh Prasad start date: 7/25/03 end date: 9/12/03 C/R K Watkins (kdc) (Entered: 07/28/2003) |
| 07/25/2003 | 83 | MINUTES before Judge Garland E. Burrell RE: status hearing set for 9:00 9/12/03 for Minesh Prasad , XT2 and T4 started for Minesh Prasad start date: 7/25/03 end date: 9/12/03 C/R K Watkins (kdc) (Entered: 07/28/2003) |
| 07/25/2003 | 84 | MINUTES before Judge Garland E. Burrell RE: status hearing continued |

| | | |
|---|---|---|
| | | to 9:00 9/12/03 for Phuong-Hien Lam Trinh , T4 and T2 started for Phuong-Hien Lam Trinh start date: 7/25/03 end date: 9/12/03 C/R K Watkins (kdc) (Entered: 07/28/2003) |
| 07/25/2003 | 85 | MINUTES before Judge Garland E. Burrell RE: status hearing continued to 9:00 9/12/03 for Acey R Johnson , T2 and T4 started for Acey R Johnson start date: 7/25/03 end date: 9/12/03 C/R K Watkins (kdc) (Entered: 07/28/2003) |
| 07/25/2003 | 86 | MINUTES before Judge Garland E. Burrell RE: status hearing continued to 9:00 9/12/03 for Long N Lee , T2 and T4 started for Long N Lee start date: 7/25/03 end date: 9/25/03 C/R K Watkins (kdc) (Entered: 07/28/2003) |
| 07/28/2003 | 79 | SUBSTITUTION OF ATTOREYS by Judge Garland E. Burrell withdrawing attorney Dwight M Samuel for Long N Lee and substituting attorney Malcolm S Segal (cc: all counsel) (kdc) (Entered: 07/28/2003) |
| 07/28/2003 | 87 | CJA FORM 20 COPY 4 (Appointment of Counsel) Atty Bruce Locke for dft Acey Johnson (ak) (Entered: 07/29/2003) |
| 07/28/2003 | 88 | CJA Form 23 (Financial Affidavit) as to Acey R Johnson (kdc) (Entered: 07/29/2003) |
| 07/30/2003 | 89 | TRANSCRIPT of 5/7/03 hearing on arraignment and detention by C/R ECRO (bd) (Entered: 08/01/2003) |
| 07/30/2003 | 90 | TRANSCRIPT of 5/12/03 hearing on proceedings re bail by C/R ECRO (bd) (Entered: 08/01/2003) |
| 09/05/2003 | 91 | NOTICE OF MOTION AND MOTION for renewed detention hearing by defendant Long N Lee ; hearing SET for 2:00 9/9/03 (daw) (Entered: 09/08/2003) |
| 09/08/2003 | 92 | OPPOSITION by plaintiff USA to motion for release on bail by defendant Long N Lee [91-1] (bd) (Entered: 09/09/2003) |
| 09/08/2003 | 93 | EXHIBITS A - U submitted by plaintiff USA in support of govt's opposition to dft Lee's motion for release on bail (daw) (Entered: 09/09/2003) |
| 09/09/2003 | 94 | MINUTES before Magistrate Judge Gregory G. Hollows RE: motion for renewed detention hearing by defendant Long N Lee [91-1]; court takes matter under submission and will issue an order forthwith; C/R ECRO (bd) (Entered: 09/10/2003) |
| 09/12/2003 | 95 | MINUTES before Judge Garland E. Burrell RE: Status Conference further status hearing SET for 9:00 11/14/03 for Prasad ; T2 and T4 started for Vinesh Prasad start date: 9/12/03 end date: 11/14/03 ; C/R Kimberly Watkins (crf) (Entered: 09/15/2003) |
| 09/12/2003 | 96 | MINUTES before Judge Garland E. Burrell RE: Status Hearing further status hearing SET for 9:00 11/14/03 for Minesh Prasad ; T2 and T4 started for Minesh Prasad start date: 9/12/03 end date: 11/14/03 ; C/R |

| | | Kimberly Watkins (crf) (Entered: 09/15/2003) |
|---|---|---|
| 09/12/2003 | 97 | MINUTES before Judge Garland E. Burrell RE: Status Conference further status hearing SET for 9:00 11/14/03 for Phuong-Hien Lam Trinh ; T2 and T4 started for Phuong-Hien Lam Trinh start date: 9/12/03 end date: 11/14/03 ; C/R Kimberly Watkins (crf) (Entered: 09/15/2003) |
| 09/12/2003 | 98 | MINUTES before Judge Garland E. Burrell RE: Change of Plea guilty plea entered by Rachhpal Singh (8) to count(s) 1 ; sentencing hearing SET for 9:00 12/5/03 for Rachhpal Singh ; C/R Kimberly Watkins; Interpreter: Kamal Judge (crf) (Entered: 09/15/2003) |
| 09/12/2003 | 99 | SCHEDULE FOR DISCLOSURE OF PSR as to defendant Rachhpal Singh (crf) (Entered: 09/15/2003) |
| 09/12/2003 | 100 | MINUTES before Judge Garland E. Burrell RE: Status Conference further status hearing SET for 9:00 11/14/03 for Narinderjit Singh Bhullar ; T2 and T4 started for Narinderjit Singh Bhullar start date: 9/12/03 end date: 11/14/03 ; C/R Kimberly Watkins; Interpreter Kamal Judge (crf) (Entered: 09/15/2003) |
| 09/12/2003 | 101 | MINUTES before Judge Garland E Burrell RE: Status Conference Further Status hearing SET for 9:00 11/14/03 for Long Lee ; Excludables T2 & T4 started for Long N Lee start date: 9/12/03 end date: 11/14/03 C/R Kimberly Watkins (lm) (Entered: 09/15/2003) |
| 09/12/2003 | 102 | MINUTES before Judge Garland E Burrell RE: Status Conference; Further Status hearing SET for 9:00 11/14/03 for Acey Johnson ; Excludables T4 & T2 started for Acey R Johnson start date: 9/12/03 end date: 11/14/03 C/R Kimberly Watkins (lm) (Entered: 09/15/2003) |
| 09/12/2003 | 103 | PLEA Agreement as to Rachhpal Singh (ds) (Entered: 09/15/2003) |
| 09/15/2003 | | LODGED application for order re criminal forfeiture by plaintiff USA (kdc) (Entered: 09/16/2003) |
| 09/17/2003 | 104 | ORDER by Magistrate Judge Gregory G. Hollows ORDERING dft Lee released at hearing set 2:00 9/22/03, at which time court will mandate conditions of release; if all real property is posted at time of hearing, court shall release dft; in-court hearing set for 2:00 9/22/03 for Long N Lee (cc: all counsel) (bd) (Entered: 09/17/2003) |
| 09/19/2003 | | LODGED Ex Parte notice of appeal of magistrate judge's ordera granting release on bail and application for a stay by plaintiff USA (pw) (Entered: 09/22/2003) |
| 09/22/2003 | 105 | Notice of appeal by plaintiff USA of magistrate judge's order granting release; AND... (pw) (Entered: 09/22/2003) |
| 09/22/2003 | 105 | ...ORDER by Magistrate Judge Gregory G. Hollows: Government's application for a stay is granted; Court stays execution of it's 09/17/03 order of release for dft Long Lee [104-2]; Dft shall remain in pretrial custody pending further order of this court or any other court with jurisdiction over this matter (cc: all counsel) (pw) (Entered: 09/22/2003) |

| 09/22/2003 | 106 | MINUTES before Magistrate Judge Gregory G. Hollows bail hearing held on 9/22/03 as to dft Long N Lee , the court orders dft releases on conditions as stated on the record; dft is given an additional condition that she pay for and wear an electronic monitoring device; court orders if released on Friday afternoon or Sat morning, dft shall not leave the State of CA until she speaks with Pretrial Svcs Officer Monday morning; matter is stayed at the request of the USA for purposes of appeal; ECRO D Euler CD #1 (mdk) (Entered: 09/23/2003) |
|---|---|---|
| 09/24/2003 | | LODGED by plaintiff USA stip re briefing schedule for Government's appeal of Magistrate Judge's Order Granting Release on Bail; proposed order (crf) (Entered: 09/25/2003) |
| 09/24/2003 | 107 | NOTICE TO DEFENDANT being released as to defendant Long N Lee (pw) (Entered: 09/25/2003) |
| 09/26/2003 | 108 | ORDER by Judge Garland E. Burrell ORDERING stipulation regarding briefing scheduling for govt's appeal of magistrate judge's order granting release on bail GRANTED ; appeal hearing SET for 10/17/03 ; govt's brief shall be filed by 9/30/03; dft's oppositin due 10/6/03; govt's optional reply due 10/9/03 (cc: all counsel) (daw) (Entered: 09/26/2003) |
| 09/26/2003 | 109 | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY by plaintiff USA (kdc) (Entered: 09/29/2003) |
| 09/30/2003 | 110 | APPEAL FROM MAGISTRATE ORDER/DECISION granting release on bail by defendant Long N Lee as to defendant Long N Lee (kdc) (Entered: 10/01/2003) |
| 09/30/2003 | 111 | EXHIBITS A through X by defendant Long N Lee submitted in support of govt's appeal from mag decision [110-1] (kdc) (Entered: 10/01/2003) |
| 10/01/2003 | 112 | TRANSCRIPT of 9/22/03 hearing on further bail proceedings by C/R ECRO (bd) (Entered: 10/02/2003) |
| 10/01/2003 | 113 | TRANSCRIPT of 9/9/03 detention hearing by C/R ECRO (bd) (Entered: 10/02/2003) |
| 10/02/2003 | 114 | SUPERSEDING indictment as to Acey R Johnson (1) count(s) 1s, 2s-11s, 12s, 13s, Long N Lee (2) count(s) 1s, 2s-11s, 12s, 13s, Vinesh Prasad (3) count(s) 1s, 2s-11s, 12s, 13s, 14s, 15s, 16s-17s, Minesh Prasad (4) count(s) 1s, 2s-11s, 12s, 13s, 14s, Narinderjit Singh Bhullar (5) count (s) 1s, 2s-11s, 14s, 18s, Phuong-Hien Lam Trinh (6) count(s) 1s, Rachhpal Singh (8) count(s) 1s, Davinder Singh Bhullar (9) count(s) 1s, 2s-11s, 14s (kdc) (Entered: 10/03/2003) |
| 10/02/2003 | | ARREST Warrant issued for Davinder Singh Bhullar by Magistrate Judge Gregory G. Hollows; NO BAIL (kdc) (Entered: 10/03/2003) |
| 10/02/2003 | | (Court only) Docket Modification (Utility Event) Ramesh Kumar Jaisingh (11) count(s) 1 (kdc) (Entered: 10/06/2003) |
| 10/03/2003 | | ARREST Warrant issued for Ramesh Kumar Jaisingh by Magistrate Judge Peter A. Nowinski; NO BAIL (kdc) (Entered: 10/06/2003) |

| 10/03/2003 | 119 | ARREST Warrant returned unexecuted for Davinder Singh Bhullar; superseded by indictment (kdc) (Entered: 10/07/2003) |
|---|---|---|
| 10/06/2003 | 115 | NOTICE TO APPEAR arraignment set for 2:00 10/23/03 for Narinderjit Singh Bhullar (kdc) (Entered: 10/06/2003) |
| 10/06/2003 | 116 | NOTICE TO APPEAR arraignment set for 2:00 10/23/03 for Phuong-Hien Lam Trinh (kdc) (Entered: 10/06/2003) |
| 10/06/2003 | | LODGED amended stip re briefing schedule for govt's appeal of magistrate judgment's order granting release on bail by defendant Long N Lee (kdc) (Entered: 10/07/2003) |
| 10/07/2003 | 117 | ORDER by Judge Garland E. Burrell ORDERING amended stipulation regarding briefing schedule for govt's appeal of magistrate judge's order granting release on bail GRANTED; parties hereby amend their stipulation by extending deadline to file dft's opposition to 10/7/03; govt reply due 10/10/03; govt's appeal hearing SET for 10/17/03 for Long N Lee before Honorable Garland E. Burrell, Jr (cc: all counsel) (daw) (Entered: 10/07/2003) |
| 10/07/2003 | 118 | ORDER by Judge Garland E. Burrell application for order regarding criminal forfeiture of property in govt custody GRANTED; it is hereby ordered, that the US and its agencies, including the FBI and/or the USM, are authorized to maintain and preserve the following assenst until the conclusion of the instant criminal case, or pending further Order of this Court: a) all funds held in State Dept Federal Credit Union accounts 101022-00 and 101022-01; b) all funds held in Charles Schwab & Co account 5463-2874; c) all funds held in Klamath First Federal Bank accounts 2370045243 and 2370046423; d) all funds held in United Bank account 04293-2426; e) all funds held in Washington Mutual Bank account 38700000278683; f) all funds held in Wells Fargo Bank accounts 74304-17019 and 6607441334; g) all funds held in NuVision Financial Credit Union account 586260808; h) approximately $75,672.00 in US currency seized at 263 Coast Guard Hill Road, Port Orford, OR; and i) approximately $17,600 in US currency seized at 34655 Skylark Drive, #735, Union City, CA (see order for further details) (cc: all counsel) (daw) (Entered: 10/07/2003) |
| 10/07/2003 | 120 | OPPOSIITON to govt's appeal from Magistrate Judge's order granting release on bail by defendant Long N Lee (kdc) (Entered: 10/08/2003) |
| 10/07/2003 | 121 | DECLARATION of Shenandoah T Lee in support of [120-1] (kdc) (Entered: 10/08/2003) |
| 10/08/2003 | 122 | NOTICE TO APPEAR: arraignment set for 2:00 10/23/03 for Phuong-Hien Lam Trinh (kdc) (Entered: 10/09/2003) |
| 10/10/2003 | 123 | REPLY BRIEF by plaintiff USA re appeal from magistrate judge's order granting release on bail [110-1] (daw) (Entered: 10/14/2003) |
| 10/14/2003 | | LODGED application for order re; criminal forfeiture of property in govt custody (daw) (Entered: 10/15/2003) |

| 10/16/2003 | 124 | ORDER by Judge Garland E. Burrell application for order regarding criminal forfeiture of property in govt custody GRANTED; IT IS HEREBY ORDERED, that the US and its agencies, including the FBI and/or the USM are authorized to maintain and preserve the following asset until the conclusion of the instant criminal case, or pending further Order of this Court: a) approximately $41,101.00 in US currency seized on or about 4/29/03 at 2420 Wittkop Way, Sacramento, CA 95825 (cc: all counsel) (daw) (Entered: 10/16/2003) |
|---|---|---|
| 10/16/2003 | 125 | NOTICE of hearing by dfts Acey R Johnson, Long N Lee, Vinesh Prasad, Minesh Prasad; arraignment on the superseding indictment SET for 2:00 10/23/03 for Acey R Johnson, for Long N Lee, for Vinesh Prasad, for Minesh Prasad (cc: all counsel) (nac) (Entered: 10/16/2003) |
| 10/16/2003 | 126 | NOTICE by plaintiff USA regarding recording lis pendens with Fairfax County, Virginia Recorder, as instrument # 2003042288-003 for real property located at 11612 Kenwood Terrace, Fairfax Virginia, Tax Map # 056-2-06-0002 (daw) (Entered: 10/17/2003) |
| 10/16/2003 | 127 | SUPPLEMENT by plaintiff USA regarding govt's appeal from magistrate judge's order granting release on bail [110-1] (daw) (Entered: 10/17/2003) |
| 10/17/2003 | 128 | EXHIBIT to supplemental govt's appeal (kdc) (Entered: 10/20/2003) |
| 10/17/2003 | 129 | MINUTES before Judge Garland E. Burrell: Govt's appeal of release order submitted; court to issue order; C/R K Watkins (kdc) (Entered: 10/20/2003) |
| 10/20/2003 | 130 | RULE 40 Documents received from USDC of Virginia as to Ramesh Kumar Jaisingh (kdc) (Entered: 10/21/2003) |
| 10/21/2003 | 131 | NOTICE of hearing by USA arraignment and change of plea hearing set for 2:00 11/13/03 for Ramesh Kumar Jaisingh (cc: all (kdc) (Entered: 10/22/2003) |
| 10/23/2003 | 132 | MINUTES before Magistrate Judge Peter A. Nowinski RE Arraignments: Dfts Acey R Johnson, Long N Lee, Vinesh Prasad, Minesh Prasad, Narinderjit Singh Bhullar and Phuong-Hien Lam Trinh arraigned; Not Guilty pleas entered w/jury trial demand; Attorneys present ; Status hearing SET for 9:00 11/14/03 before Honorable Garland E Burrell for Acey R Johnson, for Long N Lee, for Vinesh Prasad, for Minesh Prasad, for Narinderjit Singh Bhullar, for Phuong-Hien Lam Trinh ; ECRO Dona Euler (pw) (Entered: 10/24/2003) |
| 10/27/2003 | 133 | ORDER by Judge Garland E. Burrell ORDERING the Magistrate Judge's bail order REVERSED and Long Lee is detained as flight risk (cc: all counsel) (kdc) (Entered: 10/27/2003) |
| 11/05/2003 | 134 | NOTICE of hearing by Rachpal Singh sentencing hearing re-set for 9:00 2/13/04 for Rachhpal Singh (cc: all counsel) (kdc) (Entered: 11/06/2003) |
| 11/07/2003 | 135 | NOTICE of hearing by AUSA sentencing hearing RESET for 9:00 2/13/04 for Rajwant S Virk (cc: all counsel) (daw) (Entered: 11/10/2003) |

| | | |
|---|---|---|
| 11/07/2003 | 136 | PLEA Agreement as to Ramesh Kumar Jaisingh (daw) (Entered: 11/10/2003) |
| 11/13/2003 | 137 | MINUTES before Magistrate Judge Dale A. Drozd; dft present and not in custody; dft advised of rights and charges; dft requests jury trial; Mark Cummings made general appearance for dft pending approval of pro hac vice application; dft Ramesh Kumar Jaisingh arraigned; not guilty plea entered; , status hearing SET for 9:00 11/14/03 for Ramesh Kumar Jaisingh ; Noah Bookbinder appearing for Robert Tice-Raskin for AUSA; govt has no objections for continued release of dft; court adopts all conditions of release imposed from Eastern District of Virginia; dft advised of FTA; C/R ECRO (daw) (Entered: 11/14/2003) |
| 11/13/2003 | 138 | NOTICE TO DEFENDANT being released as to defendant Ramesh Kumar Jaisingh (daw) (Entered: 11/14/2003) |
| 11/14/2003 | 139 | ORDER by Judge Garland E. Burrell; pro hac vice application of Mark Cummings GRANTED attorney Mark D Cummings added for defendant Ramesh Kumar Jaisingh (cc: all counsel) (ds) (Entered: 11/14/2003) |
| 11/14/2003 | 140 | MINUTES before Magistrate Judge Dale A. Drozd RE: arraignment Arraignment dropped from calendar on 11/14/03 as to Acey Johnson, Long N Lee and Vinesh Prasad ; C/R Dona Euler, CD (mdp) (Entered: 11/17/2003) |
| 11/14/2003 | 141 | MINUTES before Magistrate Judge Dale A. Drozd RE: arraignment Arraignment dropped from calendar on 11/14/03 as to defendant Minesh Prasad ; C/R Dona Euler, CD (mdp) (Entered: 11/17/2003) |
| 11/14/2003 | 142 | MINUTES before Judge Garland E. Burrell RE: status hearing set for 9:00 1/9/04 for Narinderjit Singh Bhullar , T4 and T2 started for Narinderjit Singh Bhullar start date: 11/14/03 end date: 1/9/04 C/R K Watkins (kdc) (Entered: 11/17/2003) |
| 11/14/2003 | 143 | MINUTES before Judge Garland E. Burrell RE: status hearing set for further status for 9:00 1/9/04 for Acey R Johnson, for Long N Lee, for Vinesh Prasad, for Minesh Prasad, for Phuong-Hien Lam Trinh , T4 and T2 started for Acey R Johnson, Long N Lee, Vinesh Prasad, Minesh Prasad, Phuong-Hien Lam Trinh start date: 11/14/03 end date: 1/9/04 C/R K Watkins (kdc) (Entered: 11/17/2003) |
| 11/14/2003 | 144 | MINUTES before Judge Garland E. Burrell RE: guilty plea entered by Ramesh Kumar Jaisingh (11) count(s) 1 , hearing held on 11/14/03 as to defendant Ramesh Kumar Jaisingh; sentencing hearing set for 9:00 2/20/04 for Ramesh Kumar Jaisingh C/R K Watkins (kdc) (Entered: 11/17/2003) |
| 11/14/2003 | 145 | SCHEDULE FOR DISCLOSURE OF PSR as to defendant Ramesh Kumar Jaisingh (kdc) (Entered: 11/17/2003) |
| 11/18/2003 | 146 | ARREST Warrant returned executed as to defendant Ramesh Kumar Jaisingh defendant arrested on 11/13/03 (kdc) (Entered: 11/19/2003) |
| 11/25/2003 | | LODGED stip and order re forfeiture by plaintiff USA (kdc) (Entered: |

| | | 11/26/2003) |
|---|---|---|
| 11/26/2003 | 147 | NOTICE OF MOTION AND MOTION to modify bond conditions by USA as to Ramesh Kumar Jaisingh (daw) (Entered: 12/01/2003) |
| 11/26/2003 | | LODGED proposed order by plaintiff USA regarding motion to modify (daw) (Entered: 12/01/2003) |
| 12/02/2003 | 148 | ORDER by Judge Garland E. Burrell stipulation GRANTED; at sentencing AUSA agrees to dismiss forfeiture allegation against $11,400.00 in US Currency that was seized from dft Singh's residence on 4/29/03; dft Singh agrees that USM shall continue to retain the $11,400.00 pending further order of court; dft Singh represents and warrants that he is the sole owner of the $11,400.00 and that no other person or entity has any legitimate claim of interest therein; dft Singh relinquishes any interest in the additional $6,200.00 in US Currency that was seized from his residence on 4/29/03 USM shall return the $6,200.00 w/i 60 days of this order to Jasvir Singh Gill, dft Singh's roommate, c/o his attorney David J. Jaquint at 1325 B Street, Hayward, CA 94541 (cc: all counsel) (daw) Modified on 12/02/2003 (Entered: 12/02/2003) |
| 12/02/2003 | 149 | ORDER by Judge Garland E. Burrell joint motion for modification of bond conditions GRANTED; dft Ramesh K. Jaisingh's conditions of release no longer include home confinement and electronic monitoring; all other existing conditions of release remain in place (cc: all counsel) (daw) (Entered: 12/02/2003) |
| 01/09/2004 | 150 | MINUTES before Judge Garland E. Burrell RE: status hearing set for 9:00 2/20/04 for Narinderjit Singh Bhullar, Phuong-Hien Lam Trinh , T4 and T2 started for Narinderjit Singh Bhullar, Phuong-Hien Lam Trinh start date: 1/9/04 date: 2/20/04 C/R K Watkins (kdc) (Entered: 01/12/2004) |
| 01/14/2004 | 151 | NOTICE of hearing by Rajwant S Virk, Rachhpal Singh, Ramesh Kumar Jaisingh sentencing hearing re-set for 9:00 4/30/04 for Ramesh Kumar Jaisingh, for Rachhpal Singh, for Rajwant S Virk (cc: all counsel) (kdc) (Entered: 01/15/2004) |
| 01/16/2004 | 256 | JUDGMENT and Commitment issued as to Long N Lee by Judge Garland E. Burrell (kdc) (Entered: 11/17/2004) |
| 02/05/2004 | | (Court only) Docket Modification (Utility Event) Kim Chi Lam (13) count(s) 1 (kdc) (Entered: 02/23/2004) |
| 02/05/2004 | 152 | SUPERSEDING indictment as to Acey R Johnson (1) count(s) 1ss, 2ss-11ss, 12ss, 13ss, Long N Lee (2) count(s) 1ss, 2ss-11ss, 12ss, 13ss, Vinesh Prasad (3) count(s) 1ss, 2ss-11ss, 12ss, 13ss, 14ss, 15ss, 16ss-17ss, Minesh Prasad (4) count(s) 1ss, 2ss-11ss, 12ss, 13ss, 14ss, Narinderjit Singh Bhullar (5) count(s) 1ss, 2ss-11ss, 14ss, 18ss, Phuong-Hien Lam Trinh (6) count(s) 1ss, Davinder Singh Bhullar (9) count(s) 1ss, 2ss-11ss, 14ss, Kim Chi Lam (13) count(s) 1s (kdc) Modified on 02/23/2004 (Entered: 02/23/2004) |
| | | |

| 02/05/2004 | 153 | APPLICATION by plaintiff USA to seal second superseding indictment (kdc) (Entered: 02/23/2004) |
| --- | --- | --- |
| 02/05/2004 | 154 | ORDER by Magistrate Judge Peter A. Nowinski to seal until the arrest of dft referenced in the govt's application (cc: all counsel) (kdc) (Entered: 02/23/2004) |
| 02/05/2004 | | ARREST Warrant issued for Kim Chi Lam by Magistrate Judge Peter A. Nowinski; NO BAIL (kdc) (Entered: 02/23/2004) |
| 02/05/2004 | | ARREST Warrant issued for Davinder Singh Bhullar by Magistrate Judge Peter A. Nowinski; NO BAIL (kdc) (Entered: 02/23/2004) |
| 02/06/2004 | 155 | MINUTES before Judge Garland E Burrell Change of plea hrg SET for 9:00 2/13/04 for Vinesh Prasad, Minesh Prasad ; Excludables T2 & T4 started for Vinesh Prasad, Minesh Prasad start date: 2/6/04 end date: 2/13/04 C/R Kimberly Watkins (lm) (Entered: 02/09/2004) |
| 02/11/2004 | 156 | ARREST Warrant returned unexecuted for Davinder Singh Bhullar (sk) (Entered: 02/12/2004) |
| 02/12/2004 | 157 | TRANSCRIPT of 5/20/03 hearing on further proceedings re detention as to defendant Narinderjit Singh Bhullar by C/R ECRO (bd) (Entered: 02/13/2004) |
| 02/13/2004 | 158 | MINUTES before Judge Garland E. Burrell RE: status hearing held on 5/8/03 as to defendant Vinesh Prasad, defendant Minesh Prasad; change of plea hearing set for 10:30 2/20/04 for Vinesh Prasad, for Minesh Prasad , T2 and T4 started for Vinesh Prasad, Minesh Prasad start date: 2/13/04 end date: 2/20/04 C/R K Watkins (kdc) (Entered: 02/17/2004) |
| 02/13/2004 | 168 | ARREST Warrant returned executed as to defendant Kim Chi Lam defendant arrested on 2/9/04 (kdc) (Entered: 02/27/2004) |
| 02/20/2004 | 159 | MINUTES before Judge Garland E. Burrell RE: status hearing set for further status for 9:00 3/26/04 for Acey R Johnson, for Long N Lee, for Narinderjit Singh Bhullar, for Phuong-Hien Lam Trinh , T2 and T4 started for Acey R Johnson, Long N Lee, Narinderjit Singh Bhullar, Phuong-Hien Lam Trinh start date: 2/20/04 end date: 3/26/04 C/R K Watkins (kdc) (Entered: 02/23/2004) |
| 02/20/2004 | 160 | MINUTES before Judge Garland E. Burrell RE: guilty plea entered by Vinesh Prasad (3) count(s) 1s, 13s, Minesh (4) count(s) 1s, 13s , sentencing hearing set for 9:00 5/7/04 for Vinesh Prasad, for Minesh Prasad C/R K Watkins (kdc) (Entered: 02/23/2004) |
| 02/20/2004 | 161 | SCHEDULE FOR DISCLOSURE OF PSR as to defendant Vinesh Prasad (kdc) (Entered: 02/23/2004) |
| 02/20/2004 | 162 | SCHEDULE FOR DISCLOSURE OF PSR as to defendant Vinesh Prasad (kdc) (Entered: 02/23/2004) |
| 02/20/2004 | 163 | NOTICE by plaintiff requesting the court calendar this matter for arraignment on the 2nd superseding indictment at 2:00 02/20/04 (nac) |

| | | |
|---|---|---|
| | | (Entered: 02/23/2004) |
| 02/20/2004 | 164 | MINUTES before Magistrate Judge Gregory G. Hollows: dfts Acey R Johnson, Long N Lee, Narinderjit Singh Bhullar, Phuong-Hien Lam Trinh arraigned; NOT GUILTY plea entered; Attorney present ; The dfts were advised of their rights and the charges; Jury trial was demanded; first appearance of Kim Chi Lam Attorney Joseph J Wiseman present ; status hearing set 9:00 3/26/04 for dfts Acey R Johnson, for Long N Lee, for Narinderjit Singh Bhullar, for Phuong-Hien Lam Trinh; arraignment set for 2:00 3/1/04 for Kim Chi Lam C/R ECRO (nac) Modified on 02/23/2004 (Entered: 02/23/2004) |
| 02/20/2004 | 165 | PLEA Agreement as to Minesh Prasad (sk) (Entered: 02/23/2004) |
| 02/20/2004 | 166 | PLEA Agreement as to Vinesh Prasad (sk) (Entered: 02/23/2004) |
| 02/26/2004 | 167 | RULE 40 Documents received from Central District of CA as to Kim Chi Lam (kdc) (Entered: 02/27/2004) |
| 03/01/2004 | 169 | MINUTES before Magistrate Judge Kimberly J. Mueller RE: Arraignment: dft Kim Chi Lam arraigned; not guilty plea entered; Attorney Wiseman present , jury request; status hearing SET for 9:00 3/26/04 for Kim Chi Lam ; dft Lam ordered released on conditions in CD/CA to continue; C/R ECRO (ak) (Entered: 03/02/2004) |
| 03/08/2004 | 170 | NOTICE of hearing by AUSA regarding stipulation to continue sentencing; sentencing hearing RESET for 9:00 6/25/04 for Vinesh Prasad, for Minesh Prasad, for Rajwant S Virk, for Ramesh Kumar Jaisingh, for Rachhpal Singh (cc: all counsel) (old) (Entered: 03/09/2004) |
| 03/09/2004 | 171 | ATTORNEY APPEARANCE for defendant Kim Chi Lam by attorney Joseph Wiseman (daw) (Entered: 03/10/2004) |
| 03/09/2004 | 172 | CJA Form 23 (Financial Affidavit) as to Kim Chi Lam (daw) (Entered: 03/10/2004) |
| 03/16/2004 | 173 | NOTICE OF EX PARTE MOTION AND MOTION to revoke defendant Narinderjit Singh Bhullar's pretrial release by USA as to Narinderjit Singh Bhullar hearing set for 2:00 3/17/04 (sk) (Entered: 03/17/2004) |
| 03/17/2004 | 174 | MINUTES before Magistrate Judge Kimberly J. Mueller RE: motion to revoke defendant Narinderjit Singh Bhullar's pretrial release by USA [173-1]; dft present out of custody; dft to remain released on conditions previously ordered with the addt'l condition that the dft remove himself from any business dealing with the sale of tobacco products; C/R ECRO (ak) (Entered: 03/18/2004) |
| 03/24/2004 | 175 | RECEIPT of passport for defendant Phuong-Hien Lam Trinh; Receipt # 201 7560 (kdc) (Entered: 03/25/2004) |
| 03/26/2004 | 176 | MINUTES before Judge Garland E. Burrell RE: Status Conference further status hearing SET for 9:00 4/30/04 for Acey R Johnson ; T2 and T4 started for Acey R Johnson start date: 3/26/04 end date: 4/30/04 ; C/R Kimberly Watkins (crf) (Entered: 03/29/2004) |

| 03/26/2004 | 177 | MINUTES before Judge Garland E. Burrell RE: Status Conference further status hearing SET for 9:00 4/30/04 for Long N Lee ; T2 and T4 started for Long N Lee start date: 3/26/04 end date: 4/30/04 ; C/R Kimberly Watkins (crf) (Entered: 03/29/2004) |
|---|---|---|
| 03/26/2004 | 178 | MINUTES before Judge Garland E. Burrell RE: Status Conference further status hearing SET for 9:00 4/30/04 for Narinderjit Singh Bhullar ; T2 and T4 started for Narinderjit Singh Bhullar start date: 3/26/04 end date: 4/30/04 ; C/R Kimberly Watkins (crf) (Entered: 03/29/2004) |
| 03/26/2004 | 179 | MINUTES before Judge Garland E. Burrell RE: Status Conference further status hearing SET for 9:00 4/30/04 for Phuong-Hien Lam Trinh ; T2 and T4 started for Phuong-Hien Lam Trinh start date: 3/26/04 end date: 4/30/04 ; C/R Kimberly Watkins (crf) (Entered: 03/29/2004) |
| 03/26/2004 | 180 | MINUTES before Judge Garland E. Burrell RE: Status Conference further status hearing SET for 9:00 4/30/04 for Kim Chi Lam ; T2 and T4 started for Kim Chi Lam start date: 3/26/04 end date: 4/30/04 ; C/R Kimberly Watkins (crf) (Entered: 03/29/2004) |
| 03/30/2004 | 181 | NOTICE by Pretrial Services regarding passport (crf) (Entered: 03/31/2004) |
| 04/30/2004 | 182 | MINUTES before Judge Garland E. Burrell RE: trial confirmation hearing set for 9:00 8/6/04 for Narinderjit Singh Bhullar; jury trial set for 9:00 8/24/04 for Narinderjit Singh Bhullar; all Rule 12 motions filing ddl set for 6/18/04 for Narinderjit Singh Bhullar; motions hearing set for 9:00 7/16/04 for Narinderjit Singh Bhullar , status hearing held on 4/30/04 as to defendant Narinderjit Singh Bhullar , T4 started for Narinderjit Singh Bhullar start date: 4/30/04 end date: 8/24/04 C/R K Watkins (kdc) (Entered: 05/03/2004) |
| 04/30/2004 | 183 | MINUTES before Judge Garland E. Burrell RE: trial confirmation hearing set for 9:00 8/6/04 for Phuong-Hien Lam Trinh; jury trial set for 9:00 8/24/04 for Phuong-Hien Lam Trinh; all Rule 12 motions filing ddl set for 6/18/04 for Phuong-Hien Lam Trinh; status hearing held on 4/30/04 as defendant Phuong-Hien Lam Trinh; motions hearing set for 9:00 7/16/04 for Phuong-Hien Lam Trinh , T4 started for Phuong-Hien Lam Trinh start date: 4/30/04 end date: 8/24/04 C/R K Watkins (kdc) (Entered: 05/03/2004) |
| 04/30/2004 | 184 | MINUTES before Judge Garland E. Burrell RE: trial confirmation hearing set for 9:00 8/6/04 for Kim Chi Lam; jury trial set for 9:00 8/24/04 for Kim Chi Lam; all Rule 12 motions filing ddl set for 6/18/04 for Kim Chi Lam; status hearing held on 4/30/04 as to defendant Kim Chi Lam; motions hearing set for 9:00 7/16/04 for Kim Chi Lam , T4 started for Kim Chi Lam start date: 4/30/04 end date: 8/24/04 C/R K Watkins (kdc) (Entered: 05/03/2004) |
| 04/30/2004 | 185 | MINUTES before Judge Garland E. Burrell RE: guilty plea entered by Acey R Johnson (1) count(s) 1ss, 2ss, 13ss , sentencing hearing set for 9:00 7/16/04 for Acey R Johnson C/R K Watkins (kdc) (Entered: |

| | | |
|---|---|---|
| | | 05/03/2004) |
| 04/30/2004 | 186 | SCHEDULE FOR DISCLOSURE OF PSR as to defendant Acey R Johnson (kdc) (Entered: 05/03/2004) |
| 04/30/2004 | 187 | PLEA Agreement as to Acey R Johnson (kdc) (Entered: 05/03/2004) |
| 04/30/2004 | 188 | MINUTES before Judge Garland E. Burrell RE: guilty plea entered by Long N Lee (2) count(s) 1ss, 2ss, 13ss , sentencing hearing set for 9:00 7/16/04 for Long N Lee C/R K Watkins (kdc) (Entered: 05/03/2004) |
| 04/30/2004 | 189 | SCHEDULE FOR DISCLOSURE OF PSR as to defendant Long N Lee (kdc) (Entered: 05/03/2004) |
| 04/30/2004 | 190 | PLEA Agreement as to Long N Lee (kdc) (Entered: 05/03/2004) |
| 04/30/2004 | 191 | WAIVER of dft's presence by defendant Kim Chi Lam (kdc) (Entered: 05/03/2004) |
| 05/17/2004 | 192 | TRANSCRIPT of 3/17/04 hearing on govt's motion to revoke dft's pretrial release as to defendant Narinderjit Singh Bhullar by C/R ECRO (ak) (Entered: 05/18/2004) |
| 06/16/2004 | 193 | NOTICE of hearing (MEMORANDUM) sentencing hearing RESET for 9:00 9/24/04 for defendants Acey R Johnson and Long N Lee (sk) (Entered: 06/17/2004) |
| 06/18/2004 | 194 | MINUTES before Judge Garland E. Burrell RE: guilty plea entered by Rachhpal Singh (8) count(s) 1s , sentencing hearing set for 9:00 9/3/04 for Rachhpal Singh C/R K Watkins (kdc) (Entered: 06/21/2004) |
| 06/18/2004 | 195 | PLEA Agreement as to Rachhpal Singh (kdc) (Entered: 06/21/2004) |
| 06/18/2004 | 196 | SCHEDULE FOR DISCLOSURE OF PSR as to defendant Rachhpal Singh (kdc) (Entered: 06/21/2004) |
| 06/21/2004 | 197 | NOTICE of hearing (MEMORANDUM) sentencing hearing RESET for 9:00 8/27/04 for defendants Acey R Johnson, Long N Lee, Vinesh Prasad, Minesh Prasad, Narinderjit Singh Bhullar, Phuong-Hien Lam Trinh, Rachhpal Singh,Davinder Singh Bhullar, Ramesh Kumar Jaisingh and Kim Chi Lam , sentencing hearing RESET for 9:00 9/17/04 for defendant Rajwant S Virk (cc: all counsel) (sk) (Entered: 06/22/2004) |
| 07/02/2004 | 198 | SUPERSEDING Information as to Phuong-Hien Lam Trinh (6) count(s) 1sss (kdc) (Entered: 07/06/2004) |
| 07/07/2004 | 199 | SUPERSEDING Information as to Phuong-Hien Lam Trinh (6) count 1ssss (p/s - GEB - no signed) (mm1) (Entered: 07/08/2004) |
| 07/07/2004 | 201 | PLEA Agreement as to Phuong-Hien Lam Trinh (bd) (Entered: 07/08/2004) |
| 07/07/2004 | 200 | CONSENT to proceed before Magistrate Judge Gregory G Hollows on a misdemeanor by Phuong-Hien Lam Trinh (bd) (Entered: 07/08/2004) |
| 07/07/2004 | 202 | MINUTES before Magistrate Judge Gregory G. Hollows RE: change of |

| | | |
|---|---|---|
| | | plea hearing; guilty plea entered by Phuong-Hien Lam Trinh (6) count(s) 1ssss ; judgment and sentencing set for 2:00 9/13/04 for Phuong-Hien Lam Trinh ; C/R ECRO (bd) (Entered: 07/08/2004) |
| 07/07/2004 | 203 | SCHEDULE FOR DISCLOSURE OF PSR as to defendant Phuong-Hien Lam Trinh (bd) (Entered: 07/08/2004) |
| 07/07/2004 | 204 | NOTICE of hearing by Kim Chi Lam change of plea hearing set for 7/16/04 for Kim Chi Lam (cc: all counsel) (kdc) (Entered: 07/08/2004) |
| 07/12/2004 | 205 | ORDER by Judge Garland E. Burrell superseding information as to dft Phuong-Hien Lam Trinh (6) count 1ssss [199-1] STRICKEN for failure to provide signatures, new penalty slip and birthday sheet (cc: all counsel) (daw) Modified on 07/12/2004 (Entered: 07/12/2004) |
| 07/16/2004 | 206 | SCHEDULE FOR DISCLOSURE OF PSR as to defendant Kim Chi Lam (kdc) (Entered: 07/19/2004) |
| 07/16/2004 | 207 | MINUTES before Judge Garland E. Burrell RE: guilty plea entered by Kim Chi Lam (13) count(s) 1s C/R K Watkins (kdc) (Entered: 07/19/2004) |
| 07/16/2004 | 208 | PLEA Agreement as to Kim Chi Lam (kdc) (Entered: 07/19/2004) |
| 08/02/2004 | 209 | NOTICE by counsel for defendant Kim Chi Lam of change of attorney address to Wiseman Law Group 926 J Street Suite 414 Sacramento CA 95814 (crf) (Entered: 08/03/2004) |
| 08/25/2004 | 210 | TRANSCRIPT of 11/14/03 hearing on Change of Plea as to defendant Ramesh Kumar Jaisingh by C/R Kimberly Watkins (crf) (Entered: 08/25/2004) |
| 08/25/2004 | | LODGED stipulation for self-surrender as to dft Ramesh Jaisingh (daw) (Entered: 08/26/2004) |
| 08/26/2004 | 211 | STIPULATION AND ORDER by Judge Garland E. Burrell ORDERING that dft shall self-surrender not later than 2:00 p.m. on 8/27/04 to the USM in Sacramento; dft's previously set bail and conditions of release shall be vacated and any bond posted shall be exonerated, effective 9/1/04; govt shall notify the court no later than 8/31/04 if dft fails to self surrender or if bail should not be vacated; USM shall house dft in any facility it deems appropriate pending sentencing; the US State Dept shall transmit all of dft's previously seized personal belongings to the USM no later than 9/3/04 (cc: all counsel) - (ds) (Entered: 08/26/2004) |
| 09/13/2004 | 212 | STIPULATION for preliminary order of forfeiture and publication thereof re personal property of Phuong-Hien lam Trinh (cc: all counsel) (daw) (Entered: 09/14/2004) |
| 09/14/2004 | 213 | APPLICATION by plaintiff USA for preliminary order of forfeiture and publication thereof re: personal property of Narinderjit Singh Bhullar, Phoung-Hien Lam Trinh and Kim Chi Lam (daw) (Entered: 09/15/2004) |
| 09/14/2004 | | LODGED proposed order of forfeiture and publication thereof re: |

| | | personal property (daw) (Entered: 09/15/2004) |
|---|---|---|
| 09/15/2004 | 214 | ORDER by Judge Garland E. Burrell proposed preliminary order of forfeiture and publication thereof re: personal property GRANTED; pursuant to 18 USC 981(a)(1) (c), the following propoerty shall be condemned and forfeited to the USA; dft Narinderjit Singh Bhullar's interest in approximately $41,101.00 in US currency seized on or about 4/29/03 at 2420 Wittkop Way Sacramento; dft Phuong-Hien Lam trinh and Kim Chi Lam's interest in approximately $33,006.96 held in Wells Fargo Bank accounts numbered 74304-17019 and 6607441334 seized on or about 4/29/03, and approximately $7,977.00 in US currency seized on or about 4/29/03 at 15526 Faysmith Avenue, Gardenia, CA (see order for further details) (cc: all counsel) (daw) (Entered: 09/15/2004) |
| 09/29/2004 | | LODGED stip and order re passport by defendant Phuong-Hien Lam Trinh (kdc) (Entered: 09/30/2004) |
| 10/04/2004 | 215 | ORDER by Judge Garland E. Burrell ORDERING stipulation and proposed order re: passport GRANTED; the US passport for dft Phuong-Hien Lam Trinh will be released back to dft for the sole purpose of procuring a new passport; all other conditions of dft's release remain in effect; dft must remain in Central and Eastern Districts of CA unless given express permission to travel outside of these districts by the court (cc: all counsel) (daw) (Entered: 10/04/2004) |
| 10/04/2004 | 216 | NOTICE of hearing by USA sentencing hearing RESET for 9:00 10/22/04 for Acey R Johnson, for Long N Lee, for Minesh Prasad, for Rajwant S Virk, and for Ramesh Kumar Jaisingh ; probation has been notified and will propose an appropriate filing schedule for the PSRs (cc: all counsel) (daw) (Entered: 10/04/2004) |
| 10/04/2004 | 217 | NOTICE of hearing by Probation Office sentencing hearing RESET for 9:00 11/19/04 for Vinesh Prasad, for Narinderjit Singh Bhullar, for Rachhpal Singh, and for Kim Chi Lam (cc: all counsel) (daw) (Entered: 10/04/2004) |
| 10/07/2004 | 218 | MOTION pursuant to Secton 5K1.1 by USA and sentencing memorandum as to Long N Lee (kdc) (Entered: 10/08/2004) |
| 10/07/2004 | 219 | MOTION pursuant to Section 5K1.1 by USA and sentencing memorandum as to Rajwant S Virk (kdc) (Entered: 10/08/2004) |
| 10/07/2004 | 220 | MOTION pursuant to Section 5K1.1 by USA and sentencing memorandum as to Minesh Prasad (kdc) (Entered: 10/08/2004) |
| 10/07/2004 | 221 | MOTION pursuant to Section 5K1.1 by USA and sentencing memorandum as to Ramesh Kumar Jaisingh (kdc) (Entered: 10/08/2004) |
| 10/07/2004 | 222 | MOTION pursuant to Section 5K1.1 by USA and sentencing memorandum as to Acey R Johnson (kdc) (Entered: 10/08/2004) |
| 10/12/2004 | 223 | SENTENCING memorandum regarding Minesh Prasad (kdc) (Entered: 10/13/2004) |

| | | |
|---|---|---|
| 10/13/2004 | 224 | SENTENCING memorandum regarding Long N Lee (kdc) (Entered: 10/14/2004) |
| 10/13/2004 | 225 | SENTENCING memorandum regarding Acey R Johnson (kdc) (Entered: 10/14/2004) |
| 10/14/2004 | 226 | SENTENCING memorandum regarding Long N Lee (kdc) (Entered: 10/15/2004) |
| 10/14/2004 | 227 | APPLICATION by plaintiff USA for preliminary order of forfeiture and publication (kdc) (Entered: 10/15/2004) |
| 10/14/2004 | | LODGED proposed preliminary order re forfeiture and publication by plaintiff USA (kdc) (Entered: 10/15/2004) |
| 10/14/2004 | 228 | AMENDMENT to plea agreement re defendant Ramesh Kumar Jaisingh by USA (kdc) (Entered: 10/15/2004) |
| 10/14/2004 | 229 | AMENDMENT by plaintiff USA to plea agreement of Long Lee (kdc) (Entered: 10/15/2004) |
| 10/14/2004 | 230 | AMENDMENT by plaintiff USA to plea agreement of Minesh Prasad (kdc) (Entered: 10/15/2004) |
| 10/18/2004 | 231 | REPLY by plaintiff USA to dft Long N Lee's sentencing memorandum [224-1] (crf) (Entered: 10/19/2004) |
| 10/19/2004 | 232 | NOTICE of hearing (Memo) sentencing hearing SET for 9:00 11/19/04 for Long N Lee (crf) (Entered: 10/20/2004) |
| 10/19/2004 | 233 | SENTENCING memorandum regarding Acey R Johnson (crf) (Entered: 10/20/2004) |
| 10/20/2004 | 234 | REPLY by plaintiff USA to dft Acey Johnson's sentencing memorandum [233-1] (crf) (Entered: 10/21/2004) |
| 10/20/2004 | 235 | SECOND SUPPLEMENTAL SENTENCING memorandum regarding Long N Lee (crf) (Entered: 10/21/2004) |
| 10/20/2004 | 236 | MINUTE ORDER issued by CRD sentencing hearing RESET for 9:00 10/29/04 for Minesh Prasad (crf) (Entered: 10/21/2004) |
| 10/21/2004 | 237 | PRELIMINARY ORDER OF FORFEITURE AND PUBLICATION by Judge Garland E. Burrell ORDERING that dfts Acey Johnson and Long Lee's interest in said property shall be condemned and forefeited to the United States to be disposed of according to law; See order for details (cc: all counsel) (crf) (Entered: 10/21/2004) |
| 10/22/2004 | 238 | MINUTES before Judge Garland E. Burrell RE: sentencing Ramesh Kumar Jaisingh (11) count(s) 1. imprisonment 21 months; S/A $100; fine waived; TSR 36 months; appeal waived , terminating party Ramesh Kumar Jaisingh C/R K Watkins (kdc) (Entered: 10/25/2004) |
| 10/22/2004 | 239 | MINUTES before Judge Garland E. Burrell RE: sentencing Acey R Johnson (1) count(s) 1ss, 2ss , 13ss . imprisonment 60 months Count 1; |

| | | |
|---|---|---|
| | | 63 months Count 2; 63 months Court 13 concurrent; S/A $300; fine $12,500; TSR 36 months per count concurrent; appeal waived , counts as to Acey R Johnson (1) count(s) cmp, 1s , 1 , 2s -11s , 2 -11 , 3ss -11ss , 12ss . dismissed , terminating party Acey R Johnson , C/R K Watkins (kdc) (Entered: 10/25/2004) |
| 10/22/2004 | 240 | MINUTES before Judge Garland E. Burrell RE: sentencing Long N Lee (2) count(s) 1ss, 2ss , 13ss . imprisonment 60 months Count 1; 60 months Count 2; 60 months Court 13 concurrent; remanded; govt's motion to dismiss remaining counts granted; fine $12,500; TSR 36 months; appeal waived , counts as to Long N Lee (2) count(s) 1s , 1 , 2s -11s , 2 -11 , 3ss -11ss , 12ss , 12s , 12 , 13s . dismissed , terminating party Long N Lee C/R K Watkins (kdc) (Entered: 10/25/2004) |
| 10/22/2004 | 241 | AMENDMENT to plea agreement for defendant Acey R Johnson [187-1] (kdc) (Entered: 10/25/2004) |
| 10/22/2004 | 242 | AMENDMENT by plaintiff USA to plea agreemnt for Rajwant S Virk [69-1] (kdc) (Entered: 10/25/2004) |
| 10/22/2004 | 243 | STIPULATION AND ORDER by Judge Garland E. Burrell re Ramesh Jaisingh's personal belongings to be returned to him (including passport) (cc: all counsel) - (kdc) (Entered: 10/25/2004) |
| 10/22/2004 | | (Court only) (kdc) (Entered: 12/13/2004) |
| 10/22/2004 | | (Court only) (kdc) (Entered: 12/13/2004) |
| 10/29/2004 | | LODGED stip and order continuing judgment and sentencing by defendant Minesh Prasad (kdc) (Entered: 11/01/2004) |
| 11/01/2004 | 244 | STIPULATION AND ORDER by Judge Garland E. Burrell sentencing hearing re-set for 9:00 11/19/04 for Minesh Prasad (cc: all counsel) - (kdc) (Entered: 11/01/2004) |
| 11/05/2004 | 245 | SENTENCING memorandum and motion pursuant to section 5k1.1 regarding Vinesh Prasad (mdk) (Entered: 11/08/2004) |
| 11/05/2004 | 246 | SENTENCING memorandum and motion purusant to section 5K1.1 regarding Rachhpal Singh (mdk) (Entered: 11/08/2004) |
| 11/05/2004 | 247 | SENTENCING memorandum regarding Narinderjit Singh Bhullar (mdk) (Entered: 11/08/2004) |
| 11/08/2004 | 248 | RESPONSE by defendant Rajwant S Virk to motion pursuant to Section 5K1.1 by USA [219-1] (sk) (Entered: 11/09/2004) |
| 11/08/2004 | 249 | MINUTES before Magistrate Judge Gregory G. Hollows RE: judgment and sentencing, sentencing Phuong-Hien Lam Trinh (6) on count 1ssss to probation of 36 months and 100 hours community service; $500 fine; $25 S/A , advised of appeal rights, counts as to Phuong-Hien Lam Trinh (6) count(s) cmp, 1sss, 1ss, 1s, and 1 DISMISSED , terminating party Phuong-Hien Lam Trinh C/R CD #1 of 1 (mdk) (Entered: 11/09/2004) |
| 11/08/2004 | 250 | ORDER TO PAY for dft Phuong-Hein Lam Trinh by Magistrate Judge |

| | | Gregory G. Hollows (mdk) (Entered: 11/09/2004) |
|---|---|---|
| 11/09/2004 | 251 | NOTICE of continuation of hearing sentencing hearing RESET for 9:00 1/14/05 for Kim Chi Lam (cc: all counsel) (daw) (Entered: 11/10/2004) |
| 11/12/2004 | 252 | REPLY by plaintiff USA to dft Virk's sentencing memorandum (kdc) (Entered: 11/15/2004) |
| 11/12/2004 | 253 | REPLY by plaintiff USA to dft Miesh Prasad's sentencing memorandum (kdc) (Entered: 11/15/2004) |
| 11/15/2004 | 254 | NOTICE by defendant Phuong-Hien Lam Trinh regarding passport being surrendered on 3/29/04 (kdc) (Entered: 11/16/2004) |
| 11/16/2004 | <u>255</u> | JUDGMENT and Commitment issued as to Phuong-Hien Lam Trinh by Magistrate Judge Gregory G Hollows (mm1) (Entered: 11/17/2004) |
| 11/16/2004 | 257 | JUDGMENT and Commitment issued as to Acey R Johnson by Judge Garland E. Burrell (kdc) (Entered: 11/17/2004) |
| 11/16/2004 | <u>258</u> | JUDGMENT and Commitment issued as to Ramesh Kumar Jaisingh by Judge Garland E. Burrell (kdc) (Entered: 11/17/2004) |
| 11/17/2004 | 259 | NOTICE OF PUBLICATION in the Metropolitan News-Enterprise (kdc) (Entered: 11/18/2004) |
| 11/17/2004 | 260 | NOTICE of publication in The Daily Recorder (kdc) (Entered: 11/18/2004) |
| 11/18/2004 | 261 | RESPONSE by defendant Rajwant S Virk to govt's response to memorandum of sentencing (kdc) (Entered: 11/19/2004) |
| 11/18/2004 | 262 | NOTICE of hearing by Vinesh Prasad, Minesh Prasad sentencing hearing set for 9:00 12/17/04 for Vinesh Prasad, for Minesh Prasad (cc: all counsel) (kdc) (Entered: 11/19/2004) |
| 11/19/2004 | 263 | MINUTES before Judge Garland E. Burrell RE: sentencing Rajwant S Virk (7) count(s) 1. imprisoment 15 months; surrender by 2:00 PM 1/3/05; S/A $100; dft fined $50,000; TSR 36 months C/R K Watkins (kdc) (Entered: 11/22/2004) |
| 11/19/2004 | 264 | MINUTES before Judge Garland E. Burrell RE: sentencing Narinderjit Singh Bhullar (5) count(s) cmp. imprisonment 33 months; concurrent with sentence imposed in state court; surrender 1/14/05; S/A $100; fine $6,000; TSR 36 months; appeal waived C/R K Watkins (kdc) (Entered: 11/22/2004) |
| 11/19/2004 | | (Court only) Docket Modification (Utility Event) terminating party Narinderjit Singh Bhullar , counts as to Narinderjit Singh Bhullar (5) count(s) 1s , 1 , 2ss -11ss , 2s -11s , 2 -11 , 14ss , 14s , 14 . dismissed , d terminating (kdc) (Entered: 11/22/2004) |
| 11/19/2004 | | (Court only) Docket Modification (Utility Event) terminating party Rajwant S Virk (kdc) (Entered: 12/09/2004) |
| | | |

| 11/19/2004 | | (Court only) Docket Modification (Utility Event) terminating party Rajwant S Virk (kdc) (Entered: 12/13/2004) |
|---|---|---|
| 11/23/2004 | 265 | AMENDMENT to plea agreement for defendant Narinderjit Singh Bhullar (kdc) (Entered: 11/24/2004) |
| 11/29/2004 | 266 | NOTICE of hearing (MEMORANDUM) judgment and sentencing hearing RESET for 9:00 1/28/05 for Kim Chi Lam (sk) (Entered: 11/30/2004) |
| 12/01/2004 | 267 | LETTER to court from DOJ FBOP regarding the facility in which defendant Ramesh Kumar Jaisingh will be placed to serve his sentence [238-1] [238-2] [238-3] (sk) (Entered: 12/02/2004) |
| 12/08/2004 | 268 | NOTICE OF PUBLICATION by plaintiff USA (kdc) (Entered: 12/09/2004) |
| 12/08/2004 | 269 | JUDGMENT and Commitment issued as to Narinderjit Singh Bhullar by Judge Garland E. Burrell (kdc) (Entered: 12/09/2004) |
| 12/08/2004 | 270 | JUDGMENT and Commitment issued as to Rajwant S Virk by Judge Garland E. Burrell (kdc) (Entered: 12/09/2004) |
| 12/13/2004 | 271 | NOTICE OF PUBLICATION re defendant Acey R Johnson (kdc) (Entered: 12/14/2004) |
| 12/14/2004 | 272 | MEMORANDUM re 5K1.1 Departure by defendant Rachhpal Singh (kdc) (Entered: 12/15/2004) |
| 12/16/2004 | 273 | RETURN OF SERVICE of publish notice of the preliminary order executed on 12/9/04 (kdc) (Entered: 12/17/2004) |
| 12/17/2004 | 274 | MINUTES before Judge Garland E. Burrell RE: Judgment and Sentencing judgment and sentencing hearing RESET for 9:00 1/21/05 for Rachhpal Singh ; no interpreter present; C/R K Watkins (sk) (Entered: 12/20/2004) |
| 12/21/2004 | 275 | NOTICE of hearing by dfts Vinesh Prasad, Minesh Prasad sentencing hearing re-set for 9:00 1/28/05 for Vinesh Prasad, for Minesh Prasad (cc: all counsel) (kdc) (Entered: 12/22/2004) |
| 12/21/2004 | 276 | JUDGMENT and Commitment returned executed on 12/14/04 as to Ramesh Kumar Jaisingh (kdc) (Entered: 12/22/2004) |
| 12/22/2004 | 277 | MOTION to correct judgment by USA as to Phuong-Hien Lam Trinh (crf) (Entered: 12/22/2004) |
| 01/10/2005 | 278 | LETTER from Joseph J Wiseman regarding previous correspondence of dft Kim Chi Lam (Carlos, K) (Entered: 01/11/2005) |
| 01/11/2005 | 279 | JUDGMENT RETURNED EXECUTED as to Rajwant S Virk on 01/03/04. (Carlos, K) (Entered: 01/12/2005) |
| 01/11/2005 | 280 | CORRECTED JUDGMENT and COMMITMENT as to Phuong-Hien Lam Trinh (6), signed by Judge Gregory G. Hollows on 1/10/05. |

| | | |
|---|---|---|
| | | (Krueger, M) (Entered: 01/12/2005) |
| 01/13/2005 | 281 | NOTICE *of Plaintiff United States Release of Lien for Fine/Restitution* by Phuong-Hien Lam Trinh (Montoya, Bobbie) (Entered: 01/13/2005) |
| 01/18/2005 | 282 | REPLY/RESPONSE to Sentencing Memoranda by Rachhpal Singh, USA (Tice-Raskin, S.) (Entered: 01/18/2005) |
| 01/18/2005 | 283 | REPLY/RESPONSE to Sentencing Memoranda by Rachhpal Singh, USA (Tice-Raskin, S.) (Entered: 01/18/2005) |
| 01/18/2005 | 284 | CERTIFICATE of SERVICE by USA as to Rachhpal Singh *Government's Reply to Defendant's Sentencing Memoranda* (Tice-Raskin, S.) (Entered: 01/18/2005) |
| 01/19/2005 | 285 | SUPPLEMENTAL SENTENCING MEMORANDUM by Rachhpal Singh (Carlos, K) (Entered: 01/19/2005) |
| 01/21/2005 | 286 | JUDGMENT RETURNED EXECUTED as to Narinderjit Singh Bhullar on 1/14/05. (Carlos, K) (Entered: 01/24/2005) |
| 01/21/2005 | 287 | MINUTES for proceedings held before Judge Garland E. Burrell Jr.:SENTENCING held on 1/21/2005 for Rachhpal Singh (8), Count(s) 1s, imprisonment 20 months; surrender date 2/25/05 by 2:00 PM; S/A $100; restitution $10,900; TSR 36 months; appeal waived. Government Counsel Robert Tice-Raskin present. Defense Counsel Robert Beles present. Court Reporter/CD Number: K Watkins. Interpreter Kamal Judge present. (Carlos, K) (Entered: 01/25/2005) |
| 01/26/2005 | 288 | NOTICE OF HEARING as to Vinesh Prasad, Minesh Prasad's sentencing date. The matter is re-set for 2/11/05 at 9:00 before Judge Garland E Burrell (Griffin, Johnny) Modified on 2/7/2005 (Carlos, K). (Entered: 01/26/2005) |
| 01/27/2005 | 289 | STIPULATION *and Order Continuing Sentencing* (Wiseman, Joseph) (Entered: 01/27/2005) |
| 01/28/2005 | 290 | ORDER signed by Judge Garland E. Burrell Jr. on 1/27/05 as to Kim Chi Lam. Sentencing re-set for 2/11/2005 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr. (Carlos, K) (Entered: 01/28/2005) |
| 01/28/2005 | 291 | AMENDED STIPULATION *and Proposed Order* by USA (Tice-Raskin, S.) Modified on 2/1/2005 (Forester, C). (Entered: 01/28/2005) |
| 01/31/2005 | 292 | AMENDED STIPULATION AND ORDER as to Rachhpal Singh: regarding funds seized; the USM shall return the $500.00 in US Currency that was seized on 04/29/03, within 60 days of this order to Jasvir Singh Gill 291, 148; signed by Judge Garland E. Burrell Jr. on 01/31/05. (Kirkpatrick, S) (Entered: 01/31/2005) |
| 01/31/2005 | 293 | AFFIDAVIT OF PUBLICATION by USA. (Forester, C) (Entered: 02/01/2005) |
| 02/04/2005 | 294 | PROPOSED ORDER Amended Stipulation Lodged on or about January |

| | | |
|---|---|---|
| | | 28, 2005 by USA as to Rachhpal Singh (Tice-Raskin, S.) (Entered: 02/04/2005) |
| 02/07/2005 | | (Court only) SET/RESET DEADLINES/HEARINGS as to Vinesh Prasad, Minesh Prasad: Sentencing set for 2/11/2005 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.. (Carlos, K) (Entered: 02/07/2005) |
| 02/07/2005 | 295 | SENTENCING MEMORANDUM by USA as to Kim Chi Lam (Tice-Raskin, S.) (Entered: 02/07/2005) |
| 02/08/2005 | 296 | ORDER signed by Judge Garland E. Burrell Jr. on 02/07/05 as to Rachhpal Singh ordering the US Marshals Service to return $500.00 in US Currency that was seized on 4/29/03 from the residence of Rachhpal Singh to Jasvir Singh Gill within 60 days of this order. The US Marshals Service shall continue to retain the $10,900.00 in US Currency seized on 4/29/03 from the residence of Racchpal Singh pending further order of the Court (Carlos, K) (Entered: 02/08/2005) |
| 02/08/2005 | 299 | JUDGMENT and COMMITMENT as to Rachhpal Singh signed by Judge Garland E. Burrell Jr. on 01/21/05. (Carlos, K) (Entered: 02/10/2005) |
| 02/09/2005 | 300 | NOTICE OF PUBLICATION by USA (Carlos, K) (Entered: 02/10/2005) |
| 02/10/2005 | 297 | MOTION Sentencing Memorandum Regarding Criminal History Computation by Vinesh Prasad. Motion Hearing set for 2/11/2005 at 09:00 AM in Courtroom 10 (GEB) before Judge Garland E. Burrell Jr.. (Levers, Clara) (Entered: 02/10/2005) |
| 02/10/2005 | 298 | REPLY/RESPONSE to Sentencing Memorandum Regarding Criminal History Computation by Vinesh Prasad, USA (Tice-Raskin, S.) (Entered: 02/10/2005) |
| 02/11/2005 | 302 | MINUTES for proceedings held before Judge Garland E. Burrell Jr.:SENTENCING held on 2/11/2005 for Minesh Prasad (4), 1, 12, 12s, 12ss, 13, 13s, 14, 14s, 14ss, 1s, 2-11, 2s-11s, 2ss-11ss, DISMISSED; Count(s) 13ss, 1ss, Imprisonment 41 Months on count 1ss, 41 Months on count 13ss concurrent; Remanded; S/A $200.00; Fine Waived; TSR 36 Months; Appeal waived; Recommendation to Northern California Institution; Special Conditions: See J & C Order. DEFENDANT Minesh Prasad TERMINATED. Government Counsel Rob Tice-Raskin present. Defense Counsel Hayes Gable present. Custody Status: In Custody. Court Reporter/CD Number: Kimberly Watkins. Interpreter None present. (Mena-Sanchez, L) (Entered: 02/14/2005) |
| 02/11/2005 | 303 | MINUTES for proceedings held before Judge Garland E. Burrell Jr.:SENTENCING held on 2/11/2005 for Vinesh Prasad (3), 1, 12, 12s, 12ss, 13, 13s, 14, 14s, 14ss, 15, 15s, 15ss, 16-17, 16s-17s, 16ss-17ss, 1s, 2-11, 2s-11s, 2ss-11ss, DISMISSED; Imprisonment 57 Months count 1ss, 57 Months count 13ss to run concurrent, Remanded; S/A $200.00; Fine waived. TSR 36 Months; Appeal waived; Recommendation to Northern California Institution; Special Conditions: See J & C Order; Govt's |

| | | |
|---|---|---|
| | | Motion to Dismiss Remaining Counts GRANTED (2-11, 12, 14, 15, 16 & 17); DEFENDANT Vinesh Prasad TERMINATED. Government Counsel Rob Tice-Raskin present. Defense Counsel Jonny Griffin present. Custody Status: In Custody. Court Reporter/CD Number: Kimberly Watkins. Interpreter None present. (Mena-Sanchez, L) (Entered: 02/14/2005) |
| 02/11/2005 | ☜304 | MINUTES for proceedings held before Judge Garland E. Burrell Jr.:SENTENCING held on 2/11/2005 for Kim Chi Lam (13), Count(s) 1, DISMISSED; Count(s) 1s, Imprisonment 30 Months; Surrender date: 4/11/05 by 2:00pm; S/A $100.00. Fine waived. TSR 36 Months; Recommendation California Institution; Special Conditions: See J & C Order. DEFENDANT Kim Chi Lam TERMINATED. Government Counsel Rob Tice-Raskin present. Defense Counsel Joseph Weseman present. Custody Status: On Bail. Court Reporter/CD Number: Kimberly Watkins. Interpreter Quy Dao present. (Mena-Sanchez, L) (Entered: 02/14/2005) |
| 02/14/2005 | ☜301 | RECEIPT for RETURN of passport (#034711635) as to Phuong-Hien Lam Trinh. (Carlos, K) (Entered: 02/14/2005) |
| 02/18/2005 | ☜305 | JUDGMENT RETURNED EXECUTED as to Acey R Johnson on 1/6/05. (Carlos, K) (Entered: 02/22/2005) |
| 03/03/2005 | ☜306 | JUDGMENT and COMMITMENT as to Minesh Prasad signed by Judge Garland E. Burrell Jr. on 3/2/2005. (Waggoner, D) (Entered: 03/03/2005) |
| 03/03/2005 | ☜307 | JUDGMENT and COMMITMENT as to Vinesh Prasad signed by Judge Garland E. Burrell Jr. on 3/2/2005. (Waggoner, D) (Entered: 03/03/2005) |
| 03/09/2005 | ☜308 | JUDGMENT and COMMITMENT as to Kim Chi Lam signed by Judge Garland E. Burrell Jr. on 3/9/2005. (Waggoner, D) (Entered: 03/10/2005) |
| 03/28/2005 | ☜309 | JUDGMENT RETURNED as to Rachhpal Singh EXECUTED on 2/25/05. (Forester, C) (Entered: 03/28/2005) |
| 03/29/2005 | ☜310 | JUDGMENT RETURNED EXECUTED as to Minesh Prasad. (Waggoner, D) (Entered: 03/30/2005) |
| 04/12/2005 | ☜311 | JUDGMENT RETURNED EXECUTED as to Vinesh Prasad on 3/30/05. (Forester, C) (Entered: 04/14/2005) |
| 04/25/2005 | ☜312 | PROOF OF SERVICE BY PUBLICATION on 4/8/05, 4/8/05 and 4/15/05 in the Baltimore Sun, in Baltimore, MD. (Waggoner, D) (Entered: 04/26/2005) |
| 05/02/2005 | ☜313 | MOTION to EXONERATE BOND re [14] Rule 5(c)(3) Documents Received by Rachhpal Singh. (McCarthy, Paul) (Entered: 05/02/2005) |
| 05/02/2005 | ☜314 | PROPOSED ORDER re 313 MOTION to EXONERATE BOND re [14] Rule 5(c)(3) Documents Received by Rachhpal Singh (McCarthy, Paul) (Entered: 05/02/2005) |
| 05/02/2005 | ☜315 | PROPOSED ORDER Re: Payment of Fine by USA as to Rachhpal Singh |

| | | |
|---|---|---|
| | | (Tice-Raskin, S.) (Entered: 05/02/2005) |
| 05/06/2005 | ●316 | ORDER signed by Judge Garland E. Burrell Jr. on 05/05/05 as to Rachhpal Singh. The US Marshals Service shall submit a check to the Clerk of the Court for Eastern District in the amount of $10,900.00 from the $17,600.00 in US currency seized on 4/29/03 from the residence of Rachhpal Singh as payment for the fine imposed on Rachhpal Singh at the time of sentencing. (Carlos, K) (Entered: 05/06/2005) |
| 05/06/2005 | ●317 | ORDER signed by Judge Garland E. Burrell Jr. on 05/05/05 as to Rachhpal Singh directing the clerk of the court to exonerate dft's bail and return the posted cash (receipt # 9353) to Angrej Singh. (Carlos, K) (Entered: 05/06/2005) |
| 05/25/2005 | ●318 | REQUEST for copies of documents by Ramesh Kumar Jaisingh. (Krueger, M) (Entered: 05/26/2005) |
| 06/01/2005 | ●319 | LETTER from dft Jaisingh regarding previous requests for docket sheet and information. (Carlos, K) (Entered: 06/01/2005) |
| 06/06/2005 | ●320 | APPLICATION/REQUEST for docket sheet by Ramesh Kumar Jaisingh. (Forester, C) (Entered: 06/07/2005) |
| 06/27/2005 | ●321 | NOTICE *Attorney of Record* by USA as to Acey R Johnson, Long N Lee, Vinesh Prasad, Minesh Prasad, Rachhpal Singh, Phuong-Hien Lam Trinh, Rajwant S Virk, Narinderjit Singh Bhullar, Davinder Singh Bhullar, Ramesh Kumar Jaisingh, Kim Chi Lam (Tice-Raskin, S.) (Entered: 06/27/2005) |
| 07/01/2005 | ●322 | JUDGMENT RETURNED EXECUTED as to Kim Chi Lam on 4/11/05. (Kastilahn, A) (Entered: 07/05/2005) |
| 07/06/2005 | ●323 | LETTER from Ramesh Kumar Kaisingh requesting copy of docket sheet. (Marcotte, D) (Entered: 07/06/2005) |
| 07/25/2005 | ●324 | LETTER from Ramesh Jaisingh requesting copy of docket sheet and court appearance dates. (no copies of letters attached as stated in correspondence) (Carlos, K) (Entered: 07/27/2005) |
| 07/27/2005 | ●325 | PROPOSED ORDER by USA as to Acey R Johnson, Long N Lee, Phuong-Hien Lam Trinh, Narinderjit Singh Bhullar, Kim Chi Lam (Attachments: # 1 Declaration of Tammy Teglia# 2 Proposed Order) (Tice-Raskin, S.) (Entered: 07/27/2005) |
| 07/29/2005 | ●326 | ORDER as to defendant Phuong-Hien Lam Trinh signed by Judge Gregory G. Hollows on 7/29/05. Probationer has permission to travel To Saigon, Vietnam from 8/13/05 to 8/31/05. Upon re-entry into US, the probationer will be asked to have her travel permit signed by ICE. (Marciel, M) (Entered: 07/29/2005) |
| 08/02/2005 | ●327 | FINAL ORDER OF FORFEITURE signed by Judge Garland E. Burrell Jr. All right, title, and interest in all properties listed in paragraphs 1. (a)-(c) and 2. (d)-(1) of this order are to be disposed of according to law, including all right, title and interest of dfts Narinderjit Singh Bhullar, |

| | | Phuong-Hien Lam Trinh, Kim Chi Lam, Acey Johnson and Long Lee, and shall be vest solely in the name of the United States. The US shall maintain custody of and control over these properties until they are disposed of. (Waggoner, D) (Entered: 08/02/2005) |
|---|---|---|
| 08/18/2005 | 328 | CJA 20 notice appointing Hayes H. Gable as counsel for Minesh Prasad. (Carlos, K) (Entered: 08/19/2005) |
| 12/22/2005 | 329 | PROPOSED ORDER Application for Order Exonerating Bail by Kim Chi Lam (Wiseman, Joseph) (Entered: 12/22/2005) |
| 01/05/2006 | 330 | ORDER as to Kim Chi Lam signed by Judge Garland E. Burrell Jr. on 1/5/06 ORDERING the bail posted in this case to secure dft Lam's release is EXONERATED. (Carlos, K) (Entered: 01/05/2006) |
| 10/27/2006 | 331 | (Court only) REMARK: Reconveyance of property of Binh Vinh on behalf of dft Kim Chi Lam to Binh Vinh. (Carlos, K) (Entered: 10/27/2006) |
| 02/06/2007 | 332 | ORDER as to Minesh Prasad signed by Judge Garland E. Burrell Jr. on 2/5/07 ORDERING the approval to disclose the dft's presentece report to the US Dept of Homeland Security, Immigration and Customs Enforcement Agency. (Carlos, K) (Entered: 02/06/2007) |
| 06/06/2007 | 333 | PROBATION JURISDICTION (PROBATION 22 Out) TRANSFERRED to Northern District of CA as to Rachhpal Singh. Signed by Judge Garland E. Burrell Jr.on 5/9/07. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. DEFENDANT TERMINATED. CASE CLOSED. (Carlos, K) (Entered: 06/14/2007) |

PROB.22

## E-filing

**TRANSFER OF JURISDICTION**

| | |
|---|---|
| **DOCKET NUMBER** (Tran. Court) | 2:03CR00202-08 |
| **DOCKET NUMBER** (Rec. Court) | CR07-00331 CW |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Rachhpal SINGH<br>Newark, California | Eastern District of California | Northern |

**FILED**

JUN 06 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**NAME OF SENTENCING JUDGE**

The Honorable Garland E. Burrell, Jr.

| DATES OF PROBATION/ SUPERVISED RELEASE: | **FROM** | **TO** |
|---|---|---|
| | 08/04/2006 | 08/03/2009 |

**OFFENSE** 18 USC 371 - Conspiracy to Defraud the United States and to Commit Bribery of Public Official and Visa Fraud

## PART 1 - ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5-9-07
_____
Date

_____
Garland E. Burrell, Jr., United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY 24 2007
_____
Effective Date

_____
United States District Judge

CC:    United States Attorney
       FLU Unit-United States Attorney's Office
       Fiscal Clerk-Clerk's Office